THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration between:

THE GEORGE TOWN CLUB AT SUTER'S TAVERN,

    Petitioner,

v.

GILBERTO SALAMANCA,

    Respondent.

Case No.

## CERTIFICATE REQUIRED BY LOCAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, I, the undersigned, counsel of record for the Petitioner, The George Town Club at Suter's Tavern ("The George Town Club"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of The George Town Club which have any outstanding securities in the hands of the public.

Respectfully submitted,

December 22, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _/s/ Amy L. Bess_
Amy L. Bess (D.C. Bar No. 418985)
1301 K Street, N.W.
Washington, D. C. 20005
(202) 408-6400
(202) 408-6399 (facsimile)
abess@sonnenschein.com

*Attorney for The George Town Club at Suter's Tavern*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006 a copy of the foregoing Certificate Required by Local Rule 7.1 sent via Federal Express to the following counsel for Respondent:

>Christopher "Kip" Schwartz, Esq.
>Eric Heyer, Esq.
>THOMPSON HINE LLP
>1920 N Street, NW Suite 800
>Washington, DC 20036
>(202) 263-4157

_____
Erin M. Shoudt