UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GILBERTO SALAMANCA  )<br>)<br>Respondent.  ) | Civil Action<br>No. 1:06cv02181 (EGS) |

## CONSENT MOTION FOR EXTENSION OF TIME

Respondent, Gilberto Salamanca, by counsel, respectfully requests an extension of the time within which to respond to Petitioner's Petition to Compel Arbitration until and including January 5, 2007.

Counsel affirms that the request for extension is made in good faith and not to unnecessarily delay this litigation.

Counsel for Respondent has conferred with counsel for Petitioner and affirms that Counsel for Petitioner consents to the extension requested herein.

A proposed Order is attached.

Respectfully submitted,

THOMPSON HINE LLP

Dated: January 2, 2007         By:_____/s/_____
Christopher "Kip" Schwartz (D.C. Bar #4 44650)
1920 N Street, N.W., Suite 800
Washington, D.C. 20036
Telephone - (202) 331-8800
Facsimile – (202) 331-8330
*Counsel for Respondent, Gilberto Salamanca*

## CERTIFICATE OF SERVICE

All parties are represented by counsel to whom automatic notice of filing is sent by the Court's CM/ECF system; pursuant to Local Rule 5.4(d), such notice operates to affect service of the electronically filed document.

/s/
Kip Schwartz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN,<br><br>Petitioner,<br><br>v.<br><br>GILBERTO SALAMANCA<br><br>Respondent. | Civil Action<br>No. 1:06cv02181 (EGS) |

## ORDER

ORDERED that Respondent, Gilberto Salamanca, shall have up to an including January 5, 2007, to Respond to Petitioner's Petition to Compel Arbitration.

SO ORDERED this ____ day of January, 2007.

                                                **Emmet G. Sullivan**
                                              United States District Court Judge