## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN, ) ) ) )| Civil Action No. 1:06cv02181 (EGS) |
| Petitioner, ) )|  |
| v. ) )|  |
| GILBERTO SALAMANCA ) )|  |
| Respondent. ) )|  |

## ANSWER AND OPPOSITION TO
## THE GEORGE TOWN CLUB AT SUTER'S TAVERN'S
## PETITION TO COMPEL ARBITRATION

Respondent, Gilberto Salamanca, by counsel, hereby answers and opposes the Petition to Compel Arbitration.  Mr. Salamanca was an employee of Petitioner, The George Town Club At Suter's Tavern ("Club"), and has brought claims against the Club in the Superior Court for the District of Columbia for race discrimination and retaliation under the D.C. Human Rights Act, for wrongful discharge and for violation of the continuing coverage provisions under COBRA (29 U.S.C. § 1162).  (A copy of the Superior Court Complaint is attached to the Petition as Exhibit B.)  The Club has responded by filing this Petition seeking to compel Mr. Salamanca to Arbitrate his statutory claims in accordance with the Club's purported arbitration policy set forth in its Employee Manual.  (Petitioner has attached, as Exhibit A to the Petition, only the single page of the Employee Manual that contains the

arbitration policy. So that the court may fully appreciate the context of the Club's policy, a complete copy of the Employee Manual is attached to the Declaration of Gilberto Salamanca dated January 5, 2007 ("Salamanca Decl."). (The Salamanca Decl. is attached hereto as Exhibit 1.) For the reasons set forth herein, the arbitration policy upon which the Club's demand for arbitration relies is not "a written agreement for arbitration" sufficient to compel arbitration under Section Four of the Federal Arbitration Act (9 U.S.C. § 4).

## **FIRST DEFENSE**

There is no written agreement for arbitration between the Club and Mr. Salamanca. The arbitration policy set forth in the Employee Manual upon which the Club's demand for arbitration relies is not "a written agreement for arbitration" sufficient to compel arbitration under Section Four of the Federal Arbitration Act:

a.    In pertinent part, Section Four of the Federal Arbitration Act provides:

> A party aggrieved by the alleged failure, neglect, or refusal of another to arbitrate *under a written agreement for arbitration* may petition an United States district court . . . for an order directing that such arbitration proceed in the manner provided for *in such agreement*. . . . The court shall hear the parties, and upon being satisfied that the making of the agreement for arbitration . . . is not in issue, the court shall make an order directing the parties to proceed to arbitration *in accordance with the terms of the agreement*. . . . If the making of the arbitration agreement . . . be in issue, the court shall proceed summarily to the trial thereof. . . . If the jury [or the court where a jury is not requested] find that *no agreement in writing for arbitration was made* . . . the proceeding shall be dismissed.

(9 U.S.C. § 4 (emphasis added).)

b.    Absent an explicit written agreement to arbitrate, an employee cannot be compelled to arbitrate.  The party asserting the existence of a written arbitration agreement, in this case the Club, has the burden of proving its existence.  An employee does not waive the right to a jury or to pursue statutory claims in a judicial forum unless that waiver is explicitly stated, clear and unmistakable.  The unilateral promulgation by an employer of an arbitration policy in an employee handbook does not constitute an explicit, clear and unmistakable waiver by the employee to waive his statutory rights.  As to the foregoing points, see Bailey v. Federal Nat'l Mortgage Ass'n, 209 F.3d 740, 744-747 (D.C. Cir. 2000); Cole v. Burns Int'l Security Servs., 105 F.3d 1465, 1472-1484 (D.C. Cir. 1997); Phox v. Allied Capital Advisors, Inc., 1997 WL 198115, *1 (D.D.C. April 14, 1997) (a true and correct copy of this unreported decision is attached hereto as Exhibit 2.)

c.    In 1997, Mr. Salamanca was hired by The George Town Club at Suter's Tavern (the "Club") as a part-time parking valet.  (Salamanca Decl., ¶ 2.)  At or about the time he was hired, he was given a copy of the Club's Employee Manual.  (Id., ¶ 3.)

d.    In 1998, Mr. Salamanca was promoted to a full-time position as a waiter, a position he held until his termination in 2006.  (Id., ¶ 4.)

e.    The Club's Employee Manual was replaced and superseded by a new manual in 2000 (id., ¶ 5.); the language of the arbitration policy did not change.  (A true and correct copy of the complete Employee Manual is attached to the Salamanca Decl.)

f.     The arbitration policy appears at pages 59 and 60 of the 66 page, single spaced, Manual, bunched together with some 60 various other policies, in a section bearing the heading "Other Policies."  (<u>Id.</u> at 48-66.)

g.     The Employee Manual states that "[u]nless otherwise specified, the benefits described in this Manual apply only to full-time employees."  (Employee Manual at 8.)

h.     The Employee Manual does not provide for a particular term of employment nor any provision that limits the Club's ability to terminate employees without cause: "[a]ll employment and compensation with the Club is 'at will' which means that your employment can be terminated with or without cause, and with or without notice, at any time, at the option of either the Club or yourself, except as otherwise provided by law."  (<u>Id.</u> at 10.)

i.     Indeed, the Employee Manual itself gainsays a contractual effect, providing that "[i]t is designed to answer many of your questions about the practices and policies of the Club, what you can expect from the Club, and what the Club expects from you."  (<u>Id.</u>)

j.     Significantly, not even the Club considers the Employee Manual, or the arbitration policy set forth therein, to be a valid or binding contract.  Indeed, the Club has required other employees to sign an "Acknowledgment of Employee Manual" expressly providing that the Employee Manual is ***not*** a contract and including a separate and independent arbitration agreement between the Club and the employee:

I have received and read (or had read to me) the Historic George Town Club Employee Manual and agree to abide by and observe the policies and procedures described therein.  I understand that this manual supersedes all previous manuals.

***I understand that nothing in the Manual may be construed to be an expressed or implied contract of employment, but rather an overview of working policies and benefits, that the policies and benefits may change from time-to-time as business necessitates.***

I further agree that any controversy arising out of, or related to, my employment with the Club, including but not limited to controversy concerning equal employment opportunity rights created by federal law and by the law of the District of Columbia, shall be resolved by arbitration, pursuant to the Federal Arbitration Act, and that the method of selecting arbitrators is that set forth in the Manual.  I also consent to the jurisdiction of the United States District court for the District of Columbia for all purposes in connection with arbitration.

I understand that it is a condition of my employment that I read (or have read to me) this manual.

(Acknowledgement of Employee Manual (emphasis added).  True and correct copies of Acknowledgements of Employee Manual for Samuel Romero, Melaku Teferra, and Iginio Ballarin are collectively attached to the Letter of Amy Bess, Esq. dated December 12, 2006, to Kip Schwartz, Esq. ("Bess Letter"), which is attached hereto as Exhibit 4.)

k.    In fact, Petitioner's counsel has previously demanded arbitration in this case, and for claims brought by other Club employees, based, not on the Employee Manual, but on the separate and independent arbitration agreement set forth in the Acknowledgement of Employee Manual.  (See Bess Letter and attached Acknowledgements of Employee Manual.)  In particular, Mr. Salamanca's counsel opposed Petitioner's initial demand for arbitration on the specific ground that the arbitration policy in the Employee Manual is not a written arbitration agreement:

> I am in receipt of your demands for arbitration before the American Arbitration Association in connection with the above-referenced Plaintiffs and former employees of The George Town Club. ***I presume that your demand for arbitration is premised on page 59 of the revised Employee Manual for the George Town Club.*** Please know that we do not consider the arbitration reference in the Employee Manual to constitute a binding and express agreement to arbitrate. ***Is it your position that the Employee Manual creates a contract between the employees and the Club?***

(Letter from Kip Schwartz, Esq. to Amy Bess, Esq., dated December 12, 2006 ("Schwartz Letter") (emphasis added); a true and correct copy of the Schwartz Letter is attached hereto as Exhibit 3.)

Petitioner's counsel responded to Mr. Schwartz' inquiry by asserting that the demands for arbitration were in fact premised on the separate and independent arbitration agreements set forth in the Acknowledgement of Employee Manual:

> In response to your letter of earlier today in response to our notice of intent to arbitrate these claims, your clients have apparently not provided you with the full record. ***Your clients have agreed to arbitrate all disputes arising out of their prior employment relationship with the George Town Club, and have expressly consented to the jurisdiction of the United States District Court for the District of Columbia for all purposes in connection with such arbitration.  (See attached agreements.)***

(Bess Letter (emphasis added).)  Petitioner's counsel did not, however, attach to her letter an Acknowledgement of Employee Manual for Mr. Salamanca and ignored Mr. Salamanca's counsel's subsequent inquiry as to whether any such Acknowledgement for Mr. Salamanca existed; instead, Petitioner filed the instant Petition to Compel Arbitration, which, contrary to Petitioner's previous position, now seeks to enforce arbitration based on the policy set forth in the Employee Manual.

l.    Mr. Salamanca was never asked to sign and never did sign an Acknowledgement of Employee Manual or any sort of acceptance of the Employee Manual's terms or policies and, in particular, was never asked and never did sign any separate and independent arbitration agreement.  (Salamanca Decl., ¶¶ 3, 5.)

## SECOND DEFENSE

Having generally disclaimed that the Employee Manual is a contract, having asserted that the Manual is merely "an overview of working policies and benefits," and having previously asserted that arbitration is required, not by the Employee Manual, but by the separate and independent arbitration agreement set forth in the Acknowledgement of Employee Manual – which Mr. Salamanca never signed – the Club is estopped from now claiming that the Employee Manual is a contract and, in particular, that the arbitration policy set forth therein is a "written agreement for arbitration" sufficient to compel arbitration under Section Four of the Federal Arbitration Act.

## THIRD DEFENSE

Mr. Salamanca answers the allegations of the Petition to Compel Arbitration, in accordance with the numbered paragraphs thereof, as follows:

1.    Admitted.

2.    Admitted that the Club is seeking an order compelling Mr. Salamanca to arbitrate his claims.  It is specifically denied, however, that there is a "written commitment to arbitrate" between Mr. Salamanca and the Club.

3.    Admitted.

4.    Admitted.

5.    The allegations of paragraph 5 of the Petition set forth conclusions of law to which no response is required.  To the extent that a response may be deemed to be required, the conclusions are admitted.

6.    The allegations of paragraph 6 of the Petition set forth conclusions of law to which no response is required.  To the extent that a response may be deemed to be required, the conclusions are denied.  Mr. Salamanca specifically denies that there is an arbitration agreement between him and the Club.  Notwithstanding these denials, Mr. Salamanca does not contest this Court's exercise of personal jurisdiction over him in this case.

7.    The allegations of paragraph 7 of the Petition set forth conclusions of law to which no response is required.  To the extent that a response may be deemed to be required, the conclusions are denied.  Notwithstanding these denials, Mr. Salamanca does not contest the propriety of venue in this District.

8.    Admitted.  By way of further answer, however, Mr. Salamanca avers that the 1997 Employee Manual was replaced and superseded by a new manual in 2000.  The language of the arbitration policy quoted in the Petition appears at pages 59 and 60 of the 66 page, single spaced, Manual, along with some 60 other policies, in a section bearing the heading "Other Policies."

9.    Admitted.

10.    Admitted.

11.    Denied except that Mr. Salamanca admits that he received compensation, merit increases, paid vacation and paid health insurance as part of his employment by the Club; Mr. Salamanca lacks knowledge or information sufficient to form a belief as to the truth of Petitioner's allegation that he received "various other benefits" and, therefore, denies that allegation.  Mr. Salamanca admits only that he received a copy of the 1997 and 2000 Employee Manuals.  Mr. Salamanca admits that the 1997 and 2000 Employee Manuals contain an arbitration policy; Mr. Salamanca specifically denies that such arbitration policy was, factually or legally, a condition of his employment with the Club.  Mr. Salamanca specifically denies that he "understood and agreed" to arbitrate any disputes relating to his employment.  Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an "arbitration agreement."

12.    Denied.  Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an "arbitration agreement."

13.    Denied except that Mr. Salamanca admits that he has refused the Club's demand for arbitration.  Mr. Salamanca specifically denies that he has any contractual obligation to arbitrate and denies that the arbitration policy set forth in the Employee Manual constitutes "a written agreement for arbitration."

14.    Admitted.

15.    Denied except that Mr. Salamanca admits that he has refused to withdraw his Superior Court Complaint.  Mr. Salamanca specifically denies that he

has any contractual obligation to arbitrate and denies that the arbitration policy set forth in the Employee Manual constitutes "an agreement to arbitrate."

16.     Mr. Salamanca incorporates by reference his responses to paragraphs 1 through 15 of the Petition as if fully set forth herein.

17.     Denied.  Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an arbitration agreement between Mr. Salamanca and the Club.

18.     Denied.  Mr. Salamanca specifically denies that "there is a written agreement to arbitrate" his claims against the Club.

19.     Denied.  Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an arbitration agreement between Mr. Salamanca and the Club.

20.     Denied.  Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an arbitration agreement between Mr. Salamanca and the Club.

21.     Denied except that Mr. Salamanca admits that he has refused the Club's demand for arbitration; Mr. Salamanca specifically denies that such refusal is "wrongful." Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an "arbitration agreement."

22.     Denied.  Mr. Salamanca specifically denies that there is a "strong federal policy favoring arbitration and enforcing arbitration agreements" in the absence of an explicit, clear and unmistakable written agreement by an employee to

arbitrate statutory claims against his employer. Mr. Salamanca specifically denies that the arbitration policy set forth in the Employee Manual constitutes an "arbitration agreement."

23.    Mr. Salamanca denies that Section Four of the Federal Arbitration Act requires that this Court "direct the parties to arbitrate the disputes set forth in the [Superior Court] Complaint." By way of further answer, Mr. Salamanca asserts that the arbitration policy set forth in the Employee Manual upon which the Club's demand for arbitration relies is not "a written agreement for arbitration" sufficient to compel arbitration under Section Four of the Federal Arbitration Act.

## FOURTH DEFENSE

The Employee Manual is unenforceable for lack of consideration. The Employee Manual does not provide for a particular term of employment nor any provision that limits the Club's ability to terminate employees without cause. Indeed, the Employee Manual expressly states that "[a]ll employment and compensation with the Club is 'at will' which means that your employment can be terminated with or without cause, and with or without notice, at any time, at the option of either the Club or yourself, except as otherwise provided by law." (Employee Manual at 10.)

## FIFTH DEFENSE

Alternatively, even if the arbitration policy set forth in the Employee Manual upon which the Club's demand for arbitration relies is "a written agreement for arbitration," which it is not, it is, nevertheless, unenforceable because it was

11

obtained without Mr. Salamanca's meaningful choice.    In particular: (a) the Employee Manual, including its arbitration policy, was unilaterally promulgated by the Club; (b) the arbitration policy was buried on pages 59 and 60 of the 66 page, single spaced, Manual, bunched together with some 60 various other policies, in a section bearing the heading "Other Policies" (Employee Manual at 48-66); and (c) the Club has grossly unequal bargaining power in relation to Mr. Salamanca.

## SIXTH DEFENSE

Alternatively, even if the arbitration policy set forth in the Employee Manual upon which the Club's demand for arbitration relies is "a written agreement for arbitration," which it is not, it is, nevertheless, unenforceable because it fails to provide for sufficient procedures to assure that Mr. Salamanca can effectively vindicate his statutory claims and rights.    Specifically: (a) the policy does not provide for neutral arbitrators; (b) does not require adequate discovery; (c) does not require a written award; and (d) is silent as to whether it allows an award of all of the types of relief that would otherwise be available in court.

## SEVENTH DEFENSE

Alternatively, even if the arbitration policy set forth in the Employee Manual upon which the Club's demand for arbitration relies is "a written agreement for arbitration," which it is not, it is, nevertheless, unenforceable as illusory because it could be unilaterally modified, amended or eliminated entirely by the Club at its sole choice.

WHEREFORE, Respondent, Gilberto Salamanca, requests that:

a)    the Petition to Compel Arbitration be dismissed or, alternatively, that the issue of whether the arbitration policy set forth in the Employee Manual constitutes a valid and enforceable written agreement for arbitration be set for briefing upon an expedited schedule and, if necessary, for trial in accordance with the provisions of Section Four of the Federal Arbitration Act (9 U.S.C. § 4); and

b)    the Court grant such other relief as may be necessary, just and proper.

Respectfully submitted,

THOMPSON HINE LLP

Dated:  January 5, 2007         By:_____/s/ Kip Schwartz_____
                                Christopher "Kip" Schwartz (D.C. Bar #444650)
                                  (christopher.schwartz@thompsonhine.com)
                                C. Dennis Southard IV (D.C. Bar #448190
                                  (dennis.southard@thompsonhine.com)
                                1920 N Street, N.W., Suite 800
                                Washington, D.C. 20036
                                Telephone - (202) 331-8800
                                Facsimile – (202) 331-8330

                                *Counsel for Respondent, Gilberto Salamanca*

## <u>CERTIFICATE OF SERVICE</u>

All parties are represented by counsel to whom automatic notice of filing is sent by the Court's CM/ECF system; pursuant to Local Rule 5.4(d), such notice operates to effect service of the electronically filed document.


<u>   /s/ Kip Schwartz              </u>
Christopher "Kip" Schwartz

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE GEORGE TOWN CLUB AT SUTER'S TAVERN,** | ) ) ) ) | **Civil Action No. 1:06cv02181 (EGS)** |
| Petitioner, | ) ) | |
| v. | ) ) | |
| **GILBERTO SALAMANCA** | ) ) | |
| Respondent. | ) ) ) | |

## DECLARATION OF GILBERTO SALAMANCA

I, Gilberto Salamanca, do hereby declare as follows:

1.     I am 42 years old and have first hand knowledge of the facts stated herein and would so testify if called as a witness in this case.  I make this Declaration in response to The George Town Club at Suter's Tavern's Petition to Compel Arbitration.

2.     In 1997, I was hired by The George Town Club at Suter's Tavern (the "Club") as a part-time parking valet.

3.     At or about the time I was hired, I was given a copy of the Club's Employee Manual.  When I was given the Manual I was not asked to sign, nor did I ever sign, an Acknowledgement of Employee Manual or any sort of acceptance of the Manual or its terms or policies nor was I was never asked to sign, nor did I ever sign, any separate and independent arbitration agreement with the Club.

4.    In 1998, I was promoted to a full-time position as a waiter, a position I held until I was terminated in 2006.

5.    In 2000 the Club gave me a new Employee Manual.  A true and correct copy of that Employee manual is attached hereto.  When I was given that new Manual I was not asked to sign, nor did I ever sign, an Acknowledgement of Employee Manual or any sort of acceptance of the Manual or its terms or policies nor was I was never asked to sign, nor did I ever sign, any separate and independent arbitration agreement with the Club.

I declare under penalty of perjury that the foregoing statements are true and correct.  Executed this 5th day of January, 2007.

_____
Gilberto Salamanca

2

# THE HISTORIC GEORGE TOWN CLUB

# EMPLOYEE MANUAL

## REVISED JULY 2000

THIS MANUAL REPLACES AND SUPERSEDES ALL PREVIOUS MANUALS.

# Table of Contents

**I.   AN OVERVIEW OF THE HISTORIC GEORGE TOWN CLUB** ....................... 1
   You're Part of Our Team......................................................................... 1
   About The Club ..................................................................................... 2
     Founding........................................................................................ 2
     Membership.................................................................................... 2
     Membership Privileges.................................................................... 3
     The Club Building........................................................................... 3
   Club Organization Chart ...................................................................... 4
   What You Can Expect From the Club...................................................... 5
   What The Club Expects From You .......................................................... 6

**II. EMPLOYMENT** .................................................................................. 7
   Personnel Administration ..................................................................... 7
   Your Personnel File.............................................................................. 7

**Employment Classifications** .................................................................. 8
   Employee............................................................................................ 8
   Externs.............................................................................................. 8
   Full-Time Regular Employees ............................................................... 8
   Introductory Employees ....................................................................... 8
   Part-Time Employees........................................................................... 9
   Temporary Employees ......................................................................... 9
   Contract or Agency Workers................................................................. 9
   "Exempt" and "Non-Exempt" Employees ............................................... 9

**Employment Policies** ........................................................................... 10
   Anniversary Date ............................................................................... 10
   At Will Employment............................................................................ 10
   Bonding Requirement ......................................................................... 10
   Business Hours.................................................................................. 10
   Confidential Information...................................................................... 10
   Credit Investigation ........................................................................... 11
   Driver's License & Driving Record......................................................... 11
   Equal Employment Opportunity ........................................................... 11
   Harassment Policy ............................................................................. 12
     What is Harassment...................................................................... 12
     Responsibility to Prevent Harassment ............................................ 12
     Reporting.................................................................................... 12
   Health Examinations .......................................................................... 13
   Introductory Period ........................................................................... 13
   Job Descriptions................................................................................ 14
   Knowledge of the Club ....................................................................... 14
   Member and Guest Relations............................................................... 14

Outside Employment................................................................................14
Proof of U.S. Citizenship and/or Right to Work.....................................14
Relatives.................................................................................................15
Security Checks.......................................................................................15
We Need Your Ideas................................................................................15

**Standards of Conduct** .......................................................................**15**
Unacceptable Activities..........................................................................16
Disciplinary Actions................................................................................18
    Step One: Oral Reminder...................................................................18
    Step Two: Written Reminder.............................................................19
    Step Three: Decision-Making Leave.................................................19
Discipline Deactivation...........................................................................20

# III. COMPENSATION & PERFORMANCE
**Wage & Salary Policies**........................................................................**21**
Application of Policies.............................................................................21
Basis for Determining Pay......................................................................21
Bonuses....................................................................................................21
Computing Pay.........................................................................................21
Confidentiality........................................................................................21
Deductions from Paycheck (Mandatory) ...............................................22
Deductions (Other) .................................................................................22
Error in Pay..............................................................................................22
Holiday Pay..............................................................................................22
Overtime Pay............................................................................................22
    Scheduled Overtime...........................................................................23
    Incidental Overtime...........................................................................23
Pay Cycle..................................................................................................23
Pay Period & Hours.................................................................................23
Paychecks.................................................................................................23
    Distribution & Cashing......................................................................23
    Lost Checks.........................................................................................23
    Final Paychecks..................................................................................24
Reporting Time Pay - Inclement Weather & "Acts of God".................24
Termination & Severance Pay ................................................................24
Time Records for Non-Exempt Employees ............................................25
    Corrections to Timekeeping...............................................................25
    Failure to Keep Accurate Time Records...........................................25
    Mealtimes............................................................................................25
    Six-Minute Rule..................................................................................25
Tip Credit & Reporting...........................................................................25
Wage Assignments (Garnishments)........................................................26

**Performance & Compensation Reviews** ......................................................... 27
  Performance Reviews ........................................................................... 27
  Compensation Reviews ......................................................................... 27

**Attendance and Work Schedule** ................................................................ **28**
  Absence or Lateness ............................................................................. 28
  Absenteeism or Tardiness ..................................................................... 28
  Attendance ........................................................................................... 28
  Breaks/Rest Periods ............................................................................. 29
  Changing Time ..................................................................................... 29
  Closure After Starting Time .................................................................. 29
  Closure Prior to Starting Time .............................................................. 29
  Excessive Absenteeism or Lateness ...................................................... 29
  Meal Periods ........................................................................................ 29
  Record of Absence or Lateness ............................................................. 30
  Working Hours for All Employees ........................................................ 30
  Working Hours for Exempt Employees ................................................. 30

**IV. BENEFITS**
**The Benefits Package** .............................................................................. **31**
  Eligibility for Benefits ......................................................................... 32
  Reinstatement of Benefits (Bridging) .................................................... 32
  Taking Leave ....................................................................................... 32

**Paid Leaves of Absence** .......................................................................... **33**
  Birthday Leave .................................................................................... 33
  Funeral (Bereavement) Leave ............................................................... 33
  Holidays .............................................................................................. 33
    Recognized Holidays ........................................................................ 33
    Holiday Policies ............................................................................... 34
  Jury Duty ............................................................................................. 34
  Personal (and Sick) Leave .................................................................... 34
  Vacation .............................................................................................. 35
    Amount of Vacation ......................................................................... 35
    Vacation Policies .............................................................................. 36
    Vacation Accumulation Rights .......................................................... 37
    Payment in Lieu of Vacation ............................................................ 37

**Unpaid Leaves of Absence** ...................................................................... **38**
  Leave of Absence ................................................................................. 38
  Accepting Other Employment during Leave of Absence ........................ 38
  Medical Leave of Absence .................................................................... 38
  Election Day ........................................................................................ 39
  Military Leave of Absence .................................................................... 39
  Personal Leave of Absence ................................................................... 40
  Insurance Premium Payment during Leave of Absence .......................... 40

**Insurance Coverage** ................................................................................... **41**
    Group Insurance ........................................................................................ 41
    Accidental Death and Dismemberment Insurance ................................... 41
    Health and Hospitalization Insurance ....................................................... 41
    Life Insurance ............................................................................................. 42
    Long-term Disability Insurance ................................................................. 42
    Termination of Insurance .......................................................................... 42

**Government Required Coverage** ............................................................... **43**
    Workers' Compensation ............................................................................. 43
    Unemployment Compensation ................................................................... 43
    Social Security ........................................................................................... 44

**SIMPLE IRA Savings Program & Retirement Contribution** ................... **45**
    Eligibility ................................................................................................... 45
    Personal Savings Program .......................................................................... 45
    Club Contribution for Retirement ............................................................ 45

**Other Benefits** .......................................................................................... **46**
    Christmas Bonus ........................................................................................ 46
    Discounts for Club Dining and Tickets ..................................................... 46
    Education/Training (Attending Seminars/Training Sessions) .................... 46
    Employee Purchases (Steward Sales) ........................................................ 47
    Meals ......................................................................................................... 47
    Parking for Employees .............................................................................. 47

**V. Other Policies**
    Accident and Incident Reporting .............................................................. 48
    Bulletin Boards .......................................................................................... 48
    Club Meetings ........................................................................................... 48
    Conversion Privileges ................................................................................ 48
    Department Meetings ................................................................................ 48
    Dress Code/Uniforms/Personal Appearance ............................................. 49
    Entering & Leaving the Premises ............................................................... 49
    Entry After-Hours ..................................................................................... 49
    Exit Interviews .......................................................................................... 49
    Expense Reimbursement ............................................................................ 49
    Fire Procedures .......................................................................................... 50
    First Aid ..................................................................................................... 51
    "Freebies" .................................................................................................. 51
    Gambling .................................................................................................... 52
    Gifts ........................................................................................................... 52
    Health ........................................................................................................ 52
    Housekeeping ............................................................................................ 52
    Inspection of Packages .............................................................................. 52
    Job Posting ................................................................................................ 52

Layoff & Recall................................................................................................... 53
Life-Threatening Illnesses.................................................................................. 53
Liquor, Beer and Wine License and Restrictions........................................... 53
Liquor, Beer and Wine Tasting and Consumption......................................... 54
Lost and Found.................................................................................................... 54
Managers............................................................................................................. 55
Open Door Policy & Counseling ...................................................................... 55
Outside Activities............................................................................................... 55
Payroll Advances ............................................................................................... 55
Personal Phone Calls & Internet Use .............................................................. 55
Personal Property............................................................................................... 56
Personal Use of Company Property.................................................................. 56
Petty Cash ........................................................................................................... 56
Professional Courtesy......................................................................................... 56
Promotion Policy................................................................................................. 57
Property & Equipment Care.............................................................................. 57
Recycling, Waste Prevention & Conservation................................................ 57
References ............................................................................................................ 58
Resignation.......................................................................................................... 58
Resolving Problems and Grievances................................................................. 58
    Steps for Resolving Problems & Grievances ............................................ 59
    Binding Arbitration ..................................................................................... 59
Return of Company Property ............................................................................ 60
Safety Rules ........................................................................................................ 60
Security ................................................................................................................ 61
Smoking ............................................................................................................... 61
Snow Days ........................................................................................................... 61
Solicitations & Distributions............................................................................. 61
Substance Abuse ................................................................................................. 62
Suggestions ......................................................................................................... 62
Theft ..................................................................................................................... 63
Tips (Gratuities) ................................................................................................. 63
Traffic Violations................................................................................................ 64
Transfers.............................................................................................................. 64
Unexpected Closure ........................................................................................... 64
Uniforms .............................................................................................................. 64
Use of Member's Vehicles ................................................................................. 65
Visitors ................................................................................................................. 65
Violations of Policies ......................................................................................... 66
Washrooms.......................................................................................................... 66

**Index** ................................................................................................................... 67

**Appendix A: Forms**

# You're Part of Our Team

Since its founding in 1966, The Historic George Town Club has built a local and national reputation for elegant and discrete service in an extraordinary surrounding. As a Member of the Club's team, we expect you to contribute your talents and energies to improve our service, surroundings and products even more. We hope and expect that, in the time to come, the Club will be an even better place because **you** are here. In return, you will be fairly paid and treated and given opportunities to grow and advance in your career.

As employees, we are dedicated to five standards:

1.  To provide our Members, their families and guests with sophisticated and elegant settings for intimate social or business exchange, free expression of ideas and relaxed personal enjoyment.

2.  To provide the finest quality food, drinks, entertainment and programs with the best and most gracious service to our Members and guests every time they visit the Club.

3.  To foster a sense of belonging in each Member through personalized service, involvement in Club activities and committees, and by particular attention to their individual needs.

4.  To do everything we can for each Member and guest without compromising service to another.

5.  To provide employees with a comfortable work environment, with wages and benefits comparable to others doing similar work within the club and restaurant field in the region and with the opportunity to grow professionally.

The only things we require for employment, compensation, advancement and benefits are performance and a good team attitude. As a member of the team we expect that you will go the extra mile to serve the Members and their guests and to help one another in your jobs and in the pursuit of excellence. Many Members and employees have been loyal to the Club for years, perhaps for the same reasons: trust, respect, a sense of welcome and an honest appreciation for the role they play in Club life.

1

# About The Club

## The Founding of The George Town Club

The George Town Club was formed in the early 1960s for the purpose of bringing together in a social setting the leaders of the business, professional, civic, international and political communities. Twelve Founders gathered to form the core of the Club. These men and women were dedicated to the idea of creating an elegant retreat for prominent Washington denizens of all nationalities and interests. The founders were:

|  |  |
|---|---|
| Mrs. Claire Lee Chennault | Mr. Thomas G. Corcoran |
| General Fred M. Dean | General Graves B. Erskine |
| The Honorable B. Louise Gore | The Honorable Robert Keith Gray |
| Mrs. Robert R. McCormick | The Honorable George Murphy |
| Mr. Milton G. Nottingham, Jr. | Mr. Tongsun Park |
| Mr. H. Preston Pitts, Jr. | The Honorable Clark W. Thompson |

The Founders invited others who became Charter Members by joining before April 25, 1966. The Gala Grand Opening of the George Town Club on March 16, 1966 was heavily covered in the Washington press. The following year, President Lyndon Baines Johnson's daughter Luci Baines Johnson held her wedding rehearsal dinner here. The Club was well on its way to becoming a focal point for Washington entertaining.

## Membership

In the thirty-plus years since its beginning, the Club has grown from twelve to over 800 Members, including senators, members of congress, judges, generals and ambassadors, as well as leaders in the Washington political, business, professional and diplomatic circles.

Membership is by invitation only. Any Member in good standing may present a candidate for Membership to the Membership Committee, which, in turn, may recommend the candidate for election by the Board of Directors. Each candidate must be sponsored prior to election. There are several categories of Membership for new Members:

|  |  |
|---|---|
| Resident Members | Live or work within 25 miles of the Club |
| Non-resident Members | Live and work farther than 25 miles from the Club |
| International Members | Normally reside outside of the U.S. |
| Diplomatic Members | Foreign diplomats with the rank of ambassador |

Depending on their circumstances, Members may apply for Lifetime, Junior, Retired, Emeritus, Clergy or Surviving Spouse status. Each category has a distinct initiation fee and annual dues rate.

2

**Membership Privileges**

All Members share the same privileges, regardless of their Membership category. Dining service includes lunch and dinner in the *a la carte* dining room and private parties for breakfast, lunch, tea, cocktails or dinner in any of 7 private rooms. Members find that the rooms are equally comfortable for social and business entertaining, including wedding receptions, rehearsal dinners, class reunions, charity fund-raisers, business meetings or impromptu gatherings of friends. Privileges also include Club-hosted activities like holiday meals and special events such as speakers, book signings, theater evenings and musical entertainment.

Members may also share their Membership with invited colleagues, relatives or friends by offering guest privileges. Any Guest with the sponsorship of a Member may use the Club approximately once a month or twice in 60 days for any of the services the Club offers.

Through our reciprocal club network, Members may also use more than 80 other clubs around the world. These clubs offer a variety of services — such as dining, sports, overnight rooms, exercise facilities and privacy — that make traveling easier.

Because the Club is Member-owned and operated, Members are also privileged to serve on the Board of Directors and committees that provide leadership to the Club and help establish the Club's direction for the future.

**The Club Building**

Our Club occupies three joined townhouses in Georgetown, and is patterned after the finest clubs in England. It is one of the most elegant small clubs in the U.S. The original frame building that is the core of the Club dates to the late -1700s and is said to have been Suter's Tavern, where George Washington and Pierre L'Enfant met to plan the Federal City.

When the Club was being created, the extraordinary interior finishings were imported from around the world. The 16th Century oak doors in the foyer came from a small estate south of Paris and feature *bas-relief* portraits of the dauphins of France at the time. The living room walls are paneled in an English walnut "linen fold" design, lit by Baccarat crystal sconces. The dining room features fine European oak paneling, intricately carved to show patterns, figures and motifs found in the ruins of Pompeii, depicting mythical animals and mermaids. At either end of the curved sideboard are matching ship's figureheads of carved oak. Throughout the building are leaded glass and wrought iron fixtures that were commissioned by the great financier and industrialist J. Pierpont Morgan. The wine cellar in particular features this spectacular ironwork, wrought by Philadelphia artist Samuel Yellin.

As the Club expanded, rooms were added and decorated with the same exquisite flair that characterized the original rooms. The Victorian Library features lush English tapestry work on the walls. The Georgian Room displays the stately symmetry that was so important to that period. The Williamsburg Room is reminiscent of a colonial tavern, complete with fireplace. Our newest addition, the "Club Room" provides an intimate setting for cocktails, dancing and conversation.

# The Historic George Town Club Organization Chart

The Club is a not-for-profit 501(c)(7) District of Columbia Corporation, Member-owned and operated through the authority of the Board of Directors, an elected body of fifteen voting Members. The Board elects a President, a Vice President and a Treasurer. The President appoints committee chairs. Together, the officers and the committee chairs form the Executive Committee. The Board employs the General Manager, who is also designated as the Club Secretary, and is responsible for the day-to-day operation of the Club and the employment and supervision of all other employees.



4

# What You Can Expect from the Club

*The Historic George Town Club's established Employee Relations policy is to:*

1. Run an economically successful business so that steady work is available.

2. Select people on the basis of skill, training, ability, attitude, and character without regard to age, sex, color, race, creed, national origin, religious persuasion, marital status, political belief, or disability that does not prohibit performance of essential job functions.

3. Pay all employees according to their effort, contribution to the success of our business and industry norms. Collect, report and pay employee taxes in a timely manner.

4. Review wages, employee benefits and working conditions constantly with the objective of providing maximum benefits in these areas, consistent with sound business practices.

5. Provide paid vacations and holidays to all eligible employees.

6. Provide eligible employees with medical, disability, retirement and other benefits.

7. Dedicate ourselves to Constant and Never-ending Improvement.

8. Develop competent people who understand and meet our objectives, and who accept with open minds the ideas, suggestions and constructive criticisms of fellow employees and Members. Promote employees on the basis of their ability and merit.

9. Assure employees that they have an opportunity to discuss any problem with the General Manager and, if necessary, the President of the Club.

10. Make prompt and fair adjustment to any legitimate complaint that may arise in the everyday conduct of our business, to the extent that is practicable.

11. Respect individual rights and treat all employees with courtesy and consideration.

12. Maintain mutual respect in our working relationship.

13. Provide work areas that are attractive, comfortable, orderly and safe.

14. Keep all employees informed of the progress and position of the Club, as well as the company's overall aims and objectives.

15. Do all these things in a spirit of friendliness and cooperation so that the Club will continue to be known as "a great place to work!"

5

# What the Club Expects From You

Your first responsibility is to know your own duties and how to do them promptly, correctly and pleasantly. Secondly, you are expected to cooperate with management and your fellow employees and maintain a good team attitude. Finally, you are expected to make each Member and each guest feel welcome and well served at each visit to the Club and eager to return.

How you interact with fellow employees, Members and guests, and how you accept direction can affect the success of your department. In turn, the performance of one department can impact the entire service offered by the Club. Consequently, whatever your position, you have an important assignment: perform every task to the very best of your ability. The result will be better performance for the Club overall, and personal satisfaction for you.

We strongly believe you should have the right to make your own choices in matters that concern and control your life. We believe in direct access to management. We are dedicated to making the Club a place where you can approach your manager to discuss any problem or question. We expect you to voice your opinions and contribute your suggestions to improve the quality of the Club: you were hired because we think your skills and personality will contribute to Club growth and life. Share your professional insights with others so that we can all continue to learn. Further, when something goes wrong on your job or in your department, we expect to hear about it from you first, and in a way that your observations can be used to correct problems and improve Club service and products.

Remember, you help create the healthful, pleasant and safe working conditions that the Club intends for you. Your dignity and that of fellow employees, as well as that of our Members and guests, is important. The Club needs your help in making each working day enjoyable and rewarding.

6

# EMPLOYMENT

### Personnel Administration

The task of handling personnel records and related personnel administration functions at the Club has been assigned to the Controller. Questions regarding insurance, wages and interpretation of policies may be directed to the Controller.

### Your Personnel File

Keeping your personnel file up-to-date can be important to you with regard to pay, deductions, benefits and other matters. If you have a change in any of the following items, please be sure to notify your manager or the Controller as soon as possible:

1. Legal name
2. Home address
3. Home telephone number
4. Person to call in case of emergency
5. Number of dependents
6. Marital status
7. Change of beneficiary
8. Driving record or status of driver's license if you operate any Member vehicles.
9. Exemptions on your W-4 tax form
10. Right-to-work status

Coverage or benefits that you and your family may receive under the Club's benefits package could be negatively affected if the information in your personnel file is incorrect.

Since the Club refers to your personnel file when we need to make decisions in connection with promotions, raises, or layoffs, it is to your benefit to be sure your personnel file includes information about completion of educational or training courses, outside activities and areas of interest and skills that may not be part of your current position here.

You may see any information that is kept in your own personnel file if you wish, and you may request and receive copies of all documents you have signed. Please ask your manager to make arrangements for you with the Controller.

7

# Employment Classifications

### Employee

An employee is any person who is hired to perform a function for which he or she will receive payment and from which payment all legally required federal and state taxes are deducted. Each employee must have a completed application on file, be a citizen or have legal residence in this country and have completed the necessary forms to insure that appropriate taxes will be deducted from their pay.

At the time you are hired, you are classified as either full-time, part-time, permanent or temporary and are also told whether you qualify for overtime pay ("non-exempt") or are a salaried ("exempt") employee. Unless otherwise specified, the benefits described in this Manual apply only to full-time employees. All other policies described in this Manual and communicated by the Club apply to all employees, with the exception of certain wage, salary and time off limitations applying only to non-exempt (see the definition that follows) employees. If you are unsure of which job classification your position fits into, please ask your manager.

### Externs

Students actively enrolled in the study of food service, food preparation, bartending, business or hospitality management who work with the Club as part of their program of study, regardless of other classification, are not eligible to collect the benefits as described herein except personal and sick leave as accrued or to the extent required by law. At the completion of their studies or after 6 months continuous employment, they may apply to convert to regular status with no further introductory period.

### Full-Time Regular Employees

An employee who has successfully completed the introductory period of ninety (90) days of employment and who works at least thirty (30) hours per week on average per quarter is considered a full-time employee.

If you were a full-time employee and were laid off, you will be considered a full-time employee upon return to work, provided that you were not on layoff for longer than three months. If you were a full-time employee and have been on an approved leave of absence, upon return you will be considered a full-time employee, provided you return to work as agreed in the provisions of your leave.

### Introductory Employees

All employees are considered Introductory Employees for their first ninety (90) days of employment, regardless of other classification, and are not eligible to collect benefits as described herein except Personal and sick Leave as accrued or to the extent required by law.

**Part-Time Employees**

An employee who works less than a regular thirty (30) hour workweek on average per quarter is considered a part-time employee. If you are a part-time employee, please understand that you are not eligible for benefits described in this Manual, except as granted on occasion, or to the extent required by provision of state and federal laws.

**Temporary Employees**

From time to time, the Club may hire employees for specific periods of time or for the completion of a specific project. An employee hired under these conditions will be considered a temporary employee. The job assignment, work schedule and duration of the position will be determined on an individual basis.

Normally, a temporary position will not exceed 100 workdays within a year unless specifically extended by a written agreement. If you are a temporary employee, please understand that you are not eligible for benefits described in this Manual, except as granted on occasion, or to the extent required by provision of state and federal laws. Those temporary employees classified as non-exempt (see the definition that follows) who work more than forty (40) hours during any workweek will receive overtime pay.

**Contract or Agency Workers**

From time to time, the Club may engage the services of individuals to perform specific services or tasks on a contract basis or through an agency. Such individuals are not employees and are not eligible for any benefits described herein. Contractors or the agencies representing them may accept or refuse work without penalty, set their own fees, provide their own tools and may do substantial work away from the Club. In addition, they are responsible for their own taxes. The Club requires all contractors and agencies to provide a social security number or federal tax ID number for purposes of filing Federal Form 1099 as required by law.

**"Exempt" and "Non-exempt" Employees**

At the time you are hired, all employees are classified as either "exempt" or "non-exempt." This is necessary because, by law, employees in certain types of jobs are entitled to overtime pay for hours worked in excess of forty hours (40) per workweek. These employees are referred to as ``non-exempt" in this Manual. This means that they are not exempt from (and therefore should receive) overtime pay. "Exempt" employees are paid on a weekly basis and are not eligible for overtime pay.

Exempt employees are executives, managers, professional staff, and others whose duties and responsibilities allow them to be exempt from overtime pay provisions as provided by the Federal Fair Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt employee, you will be advised that you are in this classification at the time you are hired, transferred or promoted.

*Note: See "Wage & Salary Policies" in the "Compensation & Performance" section of this Manual for a full description of overtime payment policies.*

# Employment Policies

Whether you are a new hire or a former employee returning to the Club, you may feel a little strange in your new surroundings. This is a normal feeling and is expected. Your fellow employees, especially your manager, want to help you get off to a good start. Feel free to ask them for help concerning anything that you don't understand.

One of the first things that you should do is carefully read this Manual. It is designed to answer many of your questions about the practices and policies of the Club, what you can expect from the Club, and what the Club expects from you.

### Anniversary Date
The first day you report to work is your "official" anniversary date. Your anniversary date is used to compute various conditions and benefits described in this Manual.

### At Will Employment
All employment and compensation with the Club is "at will" which means that your employment can be terminated with or without cause, and with or without notice, at any time, at the option of either the Club or yourself, except as otherwise provided by law.

### Bonding Requirement
Under certain circumstances, the Club may require that you be bonded. It is your responsibility to assure that you are bondable. The Club will pay the cost of bonding. Should you fail to maintain these qualifications, you will be subject to transfer to another position, if available, or dismissal.

### Business Hours
Our regular service hours are 11:30 A.M. to 11:00 P.M. Monday through Thursday, 11:30 A.M. to 1:00 A.M. on Friday and 6:00 P.M. to 1:00 A.M. on Saturday. Office hours are 9:30 A.M. to 6:00 P.M. Monday through Friday. Hours are subject to change. Members may request that the Club be open earlier or later for specific events or for events on Sundays. Your particular hours of work will be determined and assigned by your manager. Because of the nature of our business, work hours may vary from week to week for both exempt and non-exempt staff and are not limited to the Club's Member service hours since substantial preparation, set-up and clean-up time may be required.

### Confidential Information
Our Members entrust the Club with important information relating to their personal lives and businesses. Further, they come to us as a place of refuge and professional service. The nature of this relationship requires maintenance of confidentiality of all information about our Members and guests, whether the information is gained in writing, through conversation, by observation or overheard during the course of our duties. In safeguarding the information received, the Club earns the respect and further trust of our Members. Therefore, your employment with the Club assumes an obligation to maintain confidentiality, even after you leave our employ.

Any violation of confidentiality seriously injures the Club's reputation and effectiveness, therefore, do not discuss Club business or activities within the Club with anyone who does not work for us. Never discuss Member transactions with anyone who does not have a direct association with the transaction, even if that person is an employee. Even casual remarks can be misinterpreted and repeated, so develop the personal discipline necessary to maintain confidentiality and avoid gossip. If you hear, see or become aware of others breaking this trust, consider what they might do with information they get from you.

If you are questioned by someone outside the Club or outside your department and you are concerned about the appropriateness of giving him or her certain information, remember that you are not required to answer, and that we do not wish you to do so. Instead, as politely as possible, refer the request to the General Manager.

No one is permitted to remove or make copies of any Club records, reports or documents other that those in the direct line of the employee's work without approval of the General Manager.

Because of its seriousness, disclosure of confidential information could lead to dismissal.

**Credit Investigation**
Following the requirements imposed by the Federal-Truth-In-Lending and the Fair Credit Reporting Acts, the Club may conduct a pre-employment credit check on all applicants who are offered and who accept an offer of employment. Your employment with us may be conditional upon our review of the information in the credit check. The Club reserves the right to conduct this credit check at any time after you have been employed. Remember, you have certain legal rights to discover and to dispute or explain any information prepared by the credit checking company.

**Driver's License & Driving Record**
Front-of-the-house managers, valets and servers whose work may require operation of a motor vehicle must present and maintain a valid driver's license and a driving record acceptable to our insurer. You will be asked to submit a copy of your driving record to the Club from time to time. Any changes in your driving record must be reported to the Controller immediately.

*Note: See "Traffic Violations" and "Use of Member's Vehicle" in the "Other Policies" section of this Manual for further information.*

**Equal Employment Opportunity**
The Club will provide equal employment opportunity without regard to race, color, sex, age, disability, religion, national origin, marital status, sexual orientation, ancestry, political belief or activity, status as a veteran or other characteristics covered by law.

The policy applies to all areas of employment, including recruitment, hiring, training and development, promotion, benefits, termination, layoff, compensation, and all other conditions and privileges of employment in accordance with applicable federal, state, and local laws.

Equal employment opportunity notices are posted as required by law. The notices summarize the rights of employees to equal opportunity in employment and lists the names and addresses of the various government agencies that may be contacted in the event that any person believes he or she has been discriminated against.

Management is primarily responsible for seeing that the Club's equal employment opportunity policies are implemented, but all members of the staff share in the responsibility for assuring that by their personal actions the policies are effective and apply uniformly to everyone.

Any employees involved in discriminatory practices will be subject to discharge.

*Note: Throughout this Employee Manual, masculine pronouns such as he, his, or him shall be construed so as to include both sexes.*

### Harassment Policy

The Historic George Town Club intends to provide a work environment that is pleasant, healthful, comfortable, and free from intimidation, hostility or other offenses that might interfere with work performance. Harassment of any sort - verbal, physical, or visual - will not be tolerated.

**What is Harassment?** Harassment can take many forms. It may be, but is not limited to: words, signs, gestures, jokes, pranks, intimidation, physical contact or violence. Harassment is not necessarily sexual in nature.

Sexually harassing conduct may include unwelcome sexual advances, requests for sexual favors, or any other verbal or physical contact of a sexual nature that prevents an individual from effectively performing the duties of their position or creates an intimidating, hostile or offensive working environment or when such conduct is made a condition of employment or of compensation, either implicitly or explicitly. Other harassment may involve abuse based on an individual's race, color, religion, national origin, age, disability or sexual orientation.

**Responsibility to Prevent Harassment** All employees, and particularly managers, have a responsibility for keeping our work environment free of harassment. *Employees are responsible for respecting the rights of their co-workers.* Any employee who becomes aware of an incident of harassment, whether by witnessing the incident or being told of it, must report it to their immediate manager or any management representative with whom they feel comfortable. When management becomes aware that harassment might exist, it is obligated to take prompt and appropriate action, whether or not the victim wants the company to do so.

**Reporting:** Any incidents of harassment must be immediately reported to a manager. All reports will be promptly investigated with due regard for the privacy of everyone involved. Any employee found to have harassed a fellow employee will be subject to severe disciplinary action or possible discharge. Any Member or guest found to have harassed an employee will be subject to disciplinary action and possible suspension by the Board of Directors. The Club will also take any additional action necessary to appropriately remedy the situation. No adverse employment action will be taken against any employee making a good faith report of alleged harassment.

The Club prohibits any form of retaliation against any employee for filing a *bona fide* complaint under this policy or for assisting in a complaint investigation. However, if, after investigating any complaint of harassment or discrimination, the Club determines that the complaint is not *bona fide* or that an employee has provided false information regarding the complaint, disciplinary action may be taken against the individual who filed the complaint or who gave the false information.

The Club accepts no liability for harassment of one employee by another employee. The individual who makes unwelcome advances, threatens or in any way harasses another employee is personally liable for such actions and their consequences. The Club will not provide legal, financial or any other assistance to an individual accused of harassment if a legal complaint is filed.

## Health Examinations

The Club reserves the right to require an employee, as a condition of employment or continued employment, to participate in health examinations at times specified by the Club to determine the employee's fitness to perform his or her essential job functions. The Club shall designate the physician(s) for the examination and it should be understood that the Club receives a full report from the examining physician(s). Examinations may include alcohol and/or drug screening. The company shall pay for all such health exams. All information about the medical history and conditions will be confidential.

## Introductory Period

Your first ninety (90) days of employment at the Club are considered an introductory period. During that period, you will accrue time toward vacation and personal leave, but may not use it except for personal illness. You will not accrue any other benefit described in this Manual unless otherwise required by law. This introductory period will be a time for getting to know your fellow employees, your manager and the tasks involved in your job position, as well as becoming familiar with the Club's services. Your manager will work closely with you to help you understand the needs and processes of your job.

This introductory period is a try-out time for both you and the Club. During this introductory period, the Club will evaluate your suitability for employment, and you can evaluate the Club as well. At any time during this first 90 days, you may resign without any detriment to your record. If, during this period, your work habits, attitude, attendance or performance do not measure up to our standards, we may release you. If you take approved time off in excess of five workdays during the introductory period, the introductory period may be extended by that length of time.

At the end of the introductory period, your manager will discuss your job performance with you. This review will be much the same as the normal job performance review that is held for regular full-time or part-time employees on an annual basis. During the course of the discussion, you are encouraged to give your comments and ideas as well.

Please understand that completion of the introductory period does not guarantee employment for any specified period of time, nor does it require that an employee be discharged only for "cause."

A former employee who has been rehired after a separation from the Club of more than three months is considered an Introductory Employee during their first 90 days following rehire.

13

**Job Descriptions**

We maintain a job description for each position. When your duties and responsibilities are changed, your job description will be updated. If you wish to see your job description, please ask your manager or the general manager.

**Knowledge of the Club**

After having learned to competently perform your own duties, your next step is to familiarize yourself with other Club activities. This will prove valuable to you, our guests and the Club. The Club may provide additional "cross-training."

Knowledge of the services and products of the Club will help you avoid the "I don't know" syndrome. Our guests' confidence in you increases as you are able to answer their basic questions. However, please don't pretend you know the answer or try to guess the answer when you are uncertain. If you are unsure of the correct information, refer the inquiry to your manager, or to a person more qualified to respond.

**Member and Guest Relations**

The success of the Club depends upon the quality of the relationships between the Club, our employees, our Members and their guests, our suppliers and our community. Our guests' impression of the Club and their interest and willingness to come back is greatly formed by the people who serve them. In a sense, regardless of your position, you are the Club's ambassador. The more goodwill you promote, the more our Members will respect and appreciate you, the Club and the Club's services. Here are several things you can do to help give Members & guests a good impression of the Club:

1. Act competently and deal with everyone in a courteous and respectful manner
2. Communicate pleasantly and respectfully with other employees at all times.
3. Follow up on orders and questions promptly, provide businesslike replies to inquiries and requests, and perform all duties in an orderly manner.
4. Take great pride in your work and enjoy doing your very best.

**Outside Employment**

What you do on your free time is your own business. However, if you are employed by the Club in a full-time position, we will expect that your position here is your primary employment. Any outside activity must not interfere with your ability to properly perform your job duties here. If you are thinking of taking on a second job, it would be wise to notify your manager immediately. He or she will thoroughly discuss this opportunity with you to make sure that it will not interfere with your job at the Club nor pose a conflict of interest.

**Proof of U.S. Citizenship and/or Right to Work**

Federal regulations require that 1) before becoming employed, all applicants must complete and sign Federal Form I-9, Employment Eligibility Verification Form; and 2) all applicants who are hired need to present documents of identity and eligibility to work in the U. S.

14

**Relatives**

If you and other members of your immediate family are employed by the Club, one may not supervise the other. No relatives may work permanently in the same department or in any other positions in which there is an inherent conflict of interest. For purposes of this section, your immediate family includes your spouse, your children, your siblings, your parents, your grandparents, and your spouse's children, siblings, parents and grandparents. Should two present employees that work together or supervise each other enter into a personal, non-work-related relationship, one may not supervise the other nor may they work permanently in the same department or in any other position in which there is an inherent conflict of interest. Further, members of your immediate family will not be hired for permanent positions by the Club.

**Security Checks**

The Club may exercise its right to inspect all packages and parcels entering and leaving our premises.

**We Need Your Ideas**

Any of our employees who have worked with us for a long time will probably tell you of the many changes and improvements that have come about in their departments since they first joined us. We believe the person doing a job is in the best position to think of ways of doing it more easily, more efficiently, and more effectively. If you think of a better way of doing your job or the job of a fellow employee, discuss it with your manager, who will welcome your suggestions and ideas.

Remember, there are always areas in the Club's operation that can be improved. These could be in service, production methods, equipment, communications, safety, ways to reduce costs, losses, and/or waste, or other improvements you wish to recommend. Please give us the benefit of your unique experience and thoughts. Your contributions, as well as those of others, could help! Also, make sure to document your innovations and money-saving efforts and have them placed in your personnel file (include dates, detailed descriptions of your contributions, estimates from the accounting department regarding cost savings or profits generated, etc.)—these may favorably affect your wage, salary or promotion reviews.

# Standards of Conduct

Whenever people gather together to achieve goals, some rules of conduct are needed to help everyone work together efficiently, effectively, and harmoniously. Some people have problems with "rules" and "authority figures," and past experience may have justified these thoughts and feelings; however, at the Club, we hold ourselves to a high standard of quality where the rules and authority figures simply assure that quality is maintained.

By accepting employment with us, you have a responsibility to the Club and to your fellow employees to adhere to certain rules of behavior and conduct. The purpose of these rules is not to restrict your rights, but rather to be certain that you understand what conduct is expected and necessary. When each person is aware that he or she can fully depend upon fellow workers to follow the rules of conduct, then our organization will be a better place to work for everyone.

## Unacceptable Activities

Generally speaking, we expect each person to act in a mature and responsible way at all times. However, to avoid any possible confusion, some of the more obvious unacceptable activities are noted below. Your avoidance of these activities will be to your benefit as well as the benefit of the Club. If you have any questions concerning any work or safety rule, or any of the unacceptable activities listed, please see your manager for an explanation.

Occurrences of any of the following violations, because of their seriousness, may result in immediate dismissal without warning:

- Willful violation of any company rule; any deliberate action that is extreme in nature and is obviously detrimental to the Club's efforts to operate profitably.

- Willful violation of security or safety rules or failure to observe safety rules or practices; tampering with Club equipment or safety equipment.

- Negligence or any careless action that endangers the life or safety of another person.

- Being intoxicated or under the influence of alcohol or controlled substance drugs while at work; use or possession or sale of controlled substance drugs in any quantity while on company premises except medications prescribed by a physician which do not impair work performance.

- Possession of firearms, weapons or explosives on company property or while on duty.

- Engaging in criminal conduct or acts of violence, or making threats of violence toward anyone on company premises or when representing the Club; fighting, horseplay or provoking a fight on company property, or negligent damage of property.

- Insubordination or refusing to obey instructions properly issued by your manager pertaining to your work; refusal to help out on a special assignment.

- Threatening, intimidating or coercing fellow employees on or off the premises, at any time, for any purpose.

- Engaging in an act of sabotage; willfully or with gross negligence causing the destruction or damage of company property or employee or Member good will, or the property of fellow employees, guests, suppliers, or visitors in any manner.

- Theft of Club property or the property of fellow employees or Members; unauthorized possession or removal of any Club property, including documents, from the premises without prior permission from management; unauthorized use of Club equipment or property for personal reasons; using Club equipment for profit.

16

- Dishonesty; willful falsification or misrepresentation on your application for employment or other work records; lying about Personal (and sick) Leave; falsifying reason for a leave of absence or other data requested by the Club; alteration of company records or other company documents.

- Violating the non-disclosure agreement; giving confidential or proprietary Club information to competitors or other organizations or to unauthorized Club employees; breach of confidentiality of personnel or Member information.

- Malicious gossip and/or spreading rumors; engaging in behavior designed to create discord and lack of harmony; interfering with another employee on the job; willfully restricting work output or encouraging others to do the same.

- Immoral conduct or indecency on company property.

Occurrences of any of the following activities, as well as violations of any Club rules or policies, may be subject to disciplinary action, including possible immediate dismissal. This list is not all-inclusive.

- Unsatisfactory or careless work; failure to meet quality standards as explained to you by your manager; mistakes due to carelessness or failure to get necessary instructions.

- Any act of harassment, sexual, racial or other; telling sexist or racial-type jokes; making racial or ethnic slurs.

- Leaving work before the end of a workday or not being ready to work at the start of a workday without approval of your manager; stopping work before time specified for such purposes.

- Sleeping on the job; loitering or loafing during working hours.

- Excessive use of company telephone for personal calls or computers for personal reasons.

- Smoking within the building or within sight of Members.

- Creating or contributing to unsanitary conditions.

- Posting, removing or altering notices on any bulletin board on company property without permission of a manager.

- Failure to report an absence or late arrival; excessive absence or lateness.

- Failing to complete authorizations and payment before removing articles purchased through a Steward Sale from Club premises.

- Buying from Club inventory for resale.

- Obscene or abusive language toward any Member, manager, employee or guest; indifference or rudeness towards a Member, guest or fellow employee; any disorderly/antagonistic conduct on company premises.

- Speeding or careless driving of a Member vehicle that is left in our care; any unauthorized use of a Member vehicle.

- Failure to immediately report damage to, or an accident involving company equipment.

- Soliciting during working hours and/or in working areas; selling merchandise or collecting funds of any kind for charities or others without authorization during business hours, or at a time or place that interferes with the work of another employee on company premises.

- Failure to maintain a neat and clean appearance or uniform in terms of the standards established by your manager; any departure from accepted conventional modes of dress or personal grooming.

- Failure to use timekeeping equipment properly; alteration of your own time records or attendance documents; punching or altering another employee's time records, or causing someone to alter your time records.

- Soliciting tips or gifts from Members or guests; discussing tips with Members or guests except to inform them of Club policy; suggesting tip amounts.

- Burdening Members with operational issues outside of the appropriate committees; carrying personal or professional grievances to any Member (including officers and directors), either in the club or outside the Club without the knowledge and involvement of the General Manager.

## Disciplinary Actions

The discipline policy applies to all employees who have completed the introductory period. This policy pertains to matters of conduct as well as the employee's competence. However, an employee who does not display satisfactory performance and accomplishment on the job may be dismissed, in certain cases, without resorting to the steps set forth in this policy. Under normal circumstances, managers are expected to follow the three-step procedure outlined below. There may be particular situations, however, in which the seriousness of the offense justifies the omission of one or more of the steps in the procedure. Likewise, there may be times when the company may decide to repeat a disciplinary step.

To insure that Club business is conducted properly and efficiently, you must conform to certain standards of attendance, conduct, work performance and other work rules and regulations. When a problem in these areas does arise, your manager will coach and counsel you in mutually developing an effective solution. If, however, you fail to respond to coaching or counseling, or an incident occurs requiring formal discipline, the following procedures occur:

18

***Step One: Oral Reminder***  Your manager will meet with you to discuss the problem, making sure that you understand the nature of the violation and the expected remedy. The purpose of this conversation is to remind you of exactly what the rule or performance expectation is and also remind you that it is your responsibility to meet that expectation.

You will be informed that the Oral Reminder is the first step of the discipline procedure. Your manager will document the Oral Reminder, which will remain in effect for 3 months.

***Step Two: Written Reminder***  If your performance does not improve within the 3 month period, or if the you are again in violation of Club practices, rules or standards of conduct, your manager will discuss the problem with you, emphasizing the seriousness of the problem and the need for you to immediately remedy the problem.  Following the conversation, your manager will write a memo to you summarizing the discussion. The original memo will go to you and a copy will be routed to the general manager. That copy will be placed in your file. The Written Reminder will remain in effect for 6 months.

*Note: See "Written Reminder" in the "Forms" section of this Manual.*

***Step Three: Decision-Making Leave***  If your performance does not improve within the 6 month period following a Written Reminder, or if you are again in violation of Club practices, rules or standards of conduct, you will be placed on Decision Making Leave. The Decision Making Leave is the final step of the disciplinary system.  Decision Making Leave is a paid, one-day disciplinary suspension. Employees on Decision Making Leave will spend the following day away from work deciding whether to correct the immediate problem and conform to all of the company's practices, rules and standards of conduct, or to quit and terminate their employment.

If your decision following the Decision Making Leave is to return to work and abide by Club practices, rules and standards of conduct, your manager will write a letter to you explaining your commitment and the consequences of failing to meet this commitment. You will be required to sign the letter to acknowledge receipt. A copy of the letter will be routed to the general manger and a copy will be placed in your personnel file.

You will be allowed to return to work with the understanding that if a positive change in behavior does not occur, or if another disciplinary problem occurs within the next 12 months, you will be terminated.  If you are unwilling to make such a commitment, you may be terminated.

*Note:  See "Decision Making Leave Notice" in the "Forms" section of this Manual.*

If you commit any of the actions below, or any other action not specified but similarly serious, you will be suspended without pay pending the investigation of the situation. Following the investigation, you may be terminated without any previous disciplinary action having been taken.

1.    Theft
2.    Falsification of records
3.    Failure to follow safety practices

4.   Conflict of interest
5.   Threat of, or the act of doing bodily harm
6.   Willful or negligent destruction of property
7.   Use and/or possession of intoxicants, drugs or narcotics
8.   Neglect of duty
9.   Refusal to perform assigned work or to follow a direct order

**Discipline Deactivation**

*Step 1* of the procedure (Oral Reminder) will be in effect for 3 months.
*Step 2* (Written Reminder) will be in effect for 6 months.
*Step 3* (Decision Making Leave) will be in effect for 12 months.

If no further performance problems occur during the active period, the discipline procedure will be formally deactivated at the end of the appropriate time period. Your manager will initiate a memo advising you of the inactive status of discipline and, when appropriate, commend you for performance improvement.

# Wage & Salary Policies

It is the Club's desire to pay wages and salaries that are competitive with other employers in the marketplace in a way that will be motivational, fair and equitable, variable with individual and Club performance and in compliance with all applicable statutory requirements.

You are employed by the Club and will be carried directly on our payroll. No employee may be paid directly out of petty cash or any other such fund for work performed. The only exception to this policy is where a contract relationship exists with a *bona fide* contractor.

**Application of Policies**
The Club applies the same principles of fairness and external comparability to all employees, regardless of organizational level, sex, religion, national origin, age or race.

**Basis for Determining Individual Pay**
Your pay is influenced by three factors: 1.) The nature and scope of the job, 2.) What other employers pay their employees for comparable jobs and 3.) Individual performance.

An individual's pay within the job's range will depend on his sustained performance over time. Each year, every employee will have a performance review with his or her manager or supervisor. During that review, significant performance events that occurred throughout the year will be discussed. The overall performance rating will influence any awarded wage or salary adjustment within the range of the job. Performance reviews do not automatically include salary reviews. Employees who have reached the salary limit for their position will be notified in the course of their performance review.

**Bonuses**
The Club has the option to pay bonuses to employees on a periodic basis in recognition of special achievements and as an incentive. Decisions as to whether to award a bonus, the amount of any bonus and who receives a bonus rest entirely with the Club.

**Computing Pay**
Should you be one of our "salaried" employees whose pay is not based on an hourly rate, there may be times when it is necessary to compensate you for some daily or hourly pay. When this is necessary, the Club will compute your time on the basis of a forty (40) hour work week and a fifty-two (52) week work year.

**Confidentiality**
Each employee's salary, wage and paycheck is a personal and private matter. There should be no discussion between employees regarding pay amounts. Any questions should be directed to your manager or the Controller.

## Deductions From Paycheck (Mandatory)

The Club is required by law to make certain deductions from your paycheck each time a check is prepared. Among these are your federal, state and local income taxes and your contribution to Social Security, as required by law. These deductions will be itemized on your check stub. The amount of the deductions may depend on your earnings and on the information you furnish on your W-4 form regarding the number of dependents/exemptions you claim. Any change in name, address, telephone number, marital status or number of exemptions must be reported to your manager or the controller immediately, to ensure proper credit for tax purposes. The W-2 form you receive for each year indicates precisely how much of your earnings were deducted for these purposes.

Any other mandatory deductions to be made from your paycheck, such as court-ordered attachments, will be explained whenever the Club is ordered to make such deductions.

*Note: See "Wage Assignments (Garnishments)" later on in this section for further information.*

## Deductions (Other)

Any other funds you owe to the Club may be deducted from current wages according to the terms and conditions agreed upon at the time the funds are advanced from the Club.

*Note: See "Payroll Advances" in the "Other Policies" section of this Manual for further information.*

## Error In Pay

Every effort is made to avoid errors in your paycheck. If you believe an error has been made, tell the Controller immediately. He or she will take the necessary steps to research the problem and to assure that any necessary correction is made properly and promptly.

## Holiday Pay

Full-time non-exempt employees who work on a holiday or Sunday will be deemed to have worked overtime on that day and will be paid their double-time rate regardless of the number of hours they work that week. Pay for hourly employees on a holiday shall be a minimum of four hours pay at double-time, but not less than $60 including tip credit, if eligible. Exempt employees who are required to work on a holiday will be paid a bonus equal to 1/2 day's pay (not less than $60) for more than two but less than five hours, or a full day's pay for 5 or more hours.

*Note: See "Holiday Policies" in the "Benefits" section of this Manual and "Tip Credit and Reporting" in this section for further information.*

## Overtime Pay

From time to time, it may be necessary for you to perform overtime work. All overtime must be approved by your manager. When it is necessary to work overtime, you are expected to cooperate as a condition of your employment. There are two types of overtime work:

**Scheduled Overtime:** Scheduled overtime work is announced in advance and generally will involve an entire department. This type of overtime becomes part of the required work. If you need to be excused from performing scheduled overtime, please speak with your manager. He or she will consider your situation and the requirements of the operation in deciding whether you may be excused from performing the scheduled overtime.

**Incidental Overtime:** Incidental overtime is not scheduled, it becomes necessary in response to special circumstances. Incidental overtime may become necessary when an illness or emergency keeps co-workers from being at work as anticipated. It may require you to return to the Club. The opportunity to perform incidental overtime will be given first to the employee who normally performs the task. If that employee cannot perform the overtime, the manager will offer the overtime to a suitably qualified person who is available to perform the work.

If you are a non-exempt employee and you perform overtime work, you will be paid one and one-half (1-1/2) times your basic hourly wage for any time over forty (40) hours per week that you work. If, during that week, you were away from the job because of a job-related injury, paid holiday, jury duty, vacation taken in single-day increments, or paid personal (and sick) leave, those hours will not be counted for the purpose of computing eligibility for overtime pay.

*Note: See "Tip Credit and Reporting" in this section for further information.*

## Pay Cycle

The Club issues paychecks weekly. Payday is normally on Thursday after 2:00 for services performed for the week ending the previous Sunday. Changes will be made and announced in advance whenever Club holidays or closings interfere with the normal payday.

## Pay Period & Hours

Our payroll workweek begins on Monday with the first scheduled shift and ends on Sunday with the close of business.

## Paychecks

**Distribution & Cashing:** Paychecks are distributed by your manager. They may not be cashed at the Club.

**Lost Checks:** If your paycheck is lost or stolen, report it immediately to the Controller. A stop-payment order will be requested of the bank. If we are able to stop payment on the check, a replacement check will be written. If there is a bank charge for the stop-payment order, it will be deducted from your replacement check. Unfortunately, however, the Club is unable to take responsibility for lost or stolen paychecks and if we are unable to stop payment on your check, you alone will be responsible for such a loss.

23

**Final Paychecks:** Whenever an employee voluntarily terminates his or her employment at the Club, the final paycheck will be paid on the next regular pay date following the last day on the job. Whenever the Club discharges an employee for any reason, the final paycheck will be issued no later than 6:00 P.M. the next working day unless the employee is responsible for money or valuable property belonging to the Club. In such cases, final pay may be withheld for no more than 4 business days to allow for return of all property and an accounting of funds. Such property may include, but is not limited to, keys, uniforms, equipment or Member information.

Failure to return Club property upon termination, whether voluntary or involuntary, will result in deductions from the final paycheck to cover the cost of the lost property. If the final paycheck, after taxes, is insufficient to cover the cost of missing company property, the Club may, at its discretion, seek to recover the difference through legal means.

The final paycheck will include all regular wages and salary due for work performed, along with payment for accrued but unused vacation leave, less required taxes and fees for lost equipment or valuables.

### Reporting Time Pay—Inclement Weather & "Acts of God"

In the event you report for work without being notified in advance that we are temporarily closed due to special circumstances, non-exempt employees will receive a minimum of two hours of straight time pay. Special circumstances include inclement weather, fire, flood or some other "Act of God", power/utility failure, an inoperable computer system, or lack of work. You may be asked to perform other available work for the two (2) hour period. If you refuse, you will forfeit your claim to reporting pay. This policy applies to our non-exempt employees only.

In the event that inclement weather, power/utility failure, fire, flood or some other "Act of God" keeps us from operating, you will receive your regular pay for up to two workdays in any instance, provided the Club officially declares that it is closed for that time. Every effort will be made to provide you with advance notice in the event we will be closed.

*Note:  See "Tip Credit and Reporting" in this section for further information.*

### Termination & Severance Pay

The Club hopes and expects that you will give at least two weeks notice in the event you intend to leave our employ. Any accrued but unused Vacation Leave will be paid at the time of employment termination, as specified under "Vacations" in the "Benefits" section of this Manual.

The Club does not pay severance pay. When you leave the Club, you will be paid for actual time worked, plus any accrued but unused vacation, as specified in the "Benefits" section of this Manual.

**Time Records for Non-Exempt Employees**
The Club is obligated to keep accurate records of the time worked by non-exempt employees. This is done here by punching in on the POS computer. Your time record is the only way the Controller knows how many hours you worked and how much to pay you. **You, and only you, are responsible to record your hours accurately.** If we do not have a clear record of your time for each shift you work, you will not be paid for the shift in question until you submit a written record of hours actually worked.

**Corrections to timekeeping:** Corrections to timekeeping errors should be made in writing only, submitting a "Record of Timekeeping Errors" to the Controller. Corrections received by Monday at 6 P.M. for the previous week will be included in that week's check. Corrections noted later will be adjusted the following week. If your check normally includes tip distribution, you will not be tipped for any unrecorded hours if they are reported after six o'clock on Monday following the close of the pay period: all tips will be distributed according to hours accurately logged.

**Failure to keep accurate time records:** Any non-exempt employee who fails to punch in and out correctly three times in a month may be suspended without pay for three days at management's discretion.

**Mealtimes:** You are to punch out for lunch and whenever you leave the Club. All employees are required to keep the office advised of their departures from and returns to the premises during the work day.

**Six-Minute Rule:** You are not permitted to punch in more than six (6) minutes before your scheduled starting time nor more than six (6) minutes after your scheduled quitting time without your manager's approval.

No one may record hours worked on another's record. Tampering with another's time record is cause for disciplinary action, including possible dismissal, of both employees. Do not alter another person's record, or influence anyone else to alter your record for you. In the event of an error in recording your time, please report the matter to your manager or the controller immediately.

**Tip Credit & Reporting**
Tips or gratuities are added to all food and beverage charges at the Club, as well as to some miscellaneous items. The amount is determined by the Member or, in the case of reciprocal clubs, by prior agreement. Tips earned each week are distributed along with the paychecks for that week to service employees according to their individual agreement.

By law, the Club may pay tipped employees a defined amount less per hour than the prevailing minimum wage so long as the sum of the tips and the wage equals or exceeds the minimum wage. In any week that the sum of the tips and the wage does not equal or exceed the minimum wage, the minimum wage will be paid.

25

When non-exempt tipped employees work more than 40 hours in a week or on holidays, or when vacation, personal leave or reporting time pay is calculated, the tip credit must be considered in computing their wage. If you are a tipped employee, please verify your overtime, vacation and holiday rate with the Controller: it will differ from the standard calculations.

All tips or gratuities that are paid through payroll will be taxed and reported as required by law. Employees are responsible to report any cash tips they may receive in filing their income taxes.

*Note: See "Holiday Pay", "Overtime Pay" and "Reporting Time Pay" in this section for further information.*

## Wage Assignments (Garnishments)
We hope you will manage your financial affairs so that we will not be obligated to execute any court-ordered wage assignment or garnishment against your wages. However, whenever court-ordered deductions are to be taken from your paycheck, you will be notified. According to the Federal Wage Garnishment Act, three (3) or more garnishments may be cause for dismissal.

*Note: See "Deductions From Paycheck (Mandatory)" earlier in this section for further information.*

26

# Performance & Compensation Reviews

## Performance Reviews
Your manager is continuously evaluating your job performance. Day-to-day interaction between you and your manager should give you a sense of how your manager perceives your performance.

However, to avoid haphazard or incomplete evaluations, the Club conducts a formal review once a year for each employee. Performance reviews will be conducted on or about each employee's anniversary date. New employees may be reviewed more frequently. A review may also be conducted in the event of a promotion or change in duties and responsibilities, and the annual review date may be reestablished.

If you have not received a performance review in a timely manner, it is your responsibility to notify your manager. After your review, you will have the opportunity to enter your comments regarding the evaluation on the appraisal form.

During formal performance reviews, your manager will consider the following things, among others:
- Attendance, initiative and effort
- Knowledge of your work
- Attitude and willingness
- The quality and quantity of your work
- The conditions under which you work

The primary reason for performance reviews is to identify your strengths and weaknesses in order to reinforce your good habits and develop ways to improve in your weaker areas. This review also serves to make you aware of and to document how your job performance compares to the goals and description of your job.

In addition to individual job performance reviews, the Club periodically conducts a review of job descriptions to insure that we are fully aware of any changes in the duties and responsibilities of each position, and that such changes are recognized and adequately compensated.

## Compensation Reviews
Wage and salary increases are based on merit, market forces and the Club financial picture, not length-of-service or the cost-of-living. Having your compensation reviewed does not necessarily mean that you will be given an increase, nor are compensation reviews necessarily simultaneous with performance reviews. The General Manager conducts compensation reviews annually by department and establishes base and ceiling wages for each position. Any wage or salary increases will appear in the pay period ending after the dates they are granted. Wage and salary increases may be retroactive in the case of late reviews, at the discretion of the General Manager.

27

# Attendance and Work Schedule

## Absence or Lateness

From time to time, it may be necessary for you to be absent from work. The Club is aware that emergencies, illnesses, or pressing personal business that cannot be scheduled outside your work hours may arise. Personal leave days have been provided for this purpose.

If you are unable to report to work or will arrive late, contact your manager immediately, giving as much time as possible to arrange for someone else to cover your position until you arrive. If you know in advance that you will need to be absent, you must request time off from your manager, who will determine when will be the best time for you to be absent from your work.

When you call in to inform the Club of an unexpected absence or late arrival, ask for your manager directly. Notifying a fellow-employee is not sufficient. For late arrivals, please indicate when you expect to arrive for work. If you are unable to call in yourself because of an illness, emergency or for some other reason, be sure to have someone call on your behalf. If your manager is not available when you call, you may leave the information with another manager.

Absence from work for two (2) consecutive days without notifying your manager or the General Manager will be considered a voluntary resignation.

## Absenteeism and Tardiness

Absenteeism and tardiness are employees' *unscheduled* failure to report to work. Because substitutes cannot always be arranged, work redistributed or schedules changed at the last minute, such absences and tardiness create disarray and lower the level of service that we can provide. Chronic absenteeism or tardiness, whether the days are paid by vacation or personal leave or are unpaid, will be considered to be a problem that may lead to discharge. Several factors may be taken into account: Is the problem sudden or chronic? Is it unusual for this employee and how does the employee's record compare with other employees? Was proper notice given?

To prevent absentee and tardiness problems that affect your own work and interfere with the orderly operation of the Club, we expect you to plan your routine medical care and personal business whenever possible and make arrangements in advance for time off. In general, personal leave and vacations MUST be scheduled in advance.

## Attendance

You are expected to be at your work station and ready to work at the beginning of your assigned or agreed work hours, and you are expected to remain at your work station until the end of your work hours, except for approved breaks and lunch. When your work takes you away from your work station, please let your manager know where you are going and how long you expect to be gone.

*Note: See "Excessive Absenteeism or Lateness" later on in this section for further information.*

**Breaks/Rest Periods**

You may take one 15-minute break for each shift of four or more hours that you work when the work load permits. Employees who work fewer than 4 hours in a shift should not take breaks. Please coordinate with your manager and co-workers to maintain adequate coverage at all times. Always be sure to return to work on time at the end of any break. In the event of an emergency or unusual condition, your manager may ask you to change or postpone your break in order to finish a particular project.

**Changing Time**

Uniformed employees are allowed 5 minutes at the beginning and end of each shift for changing.

**Closure After Starting Time**

If severe weather conditions exist and the President or General Manager decides to close the Club for the remainder of the day, you will be notified as soon as possible by your manager. If you are sent home before having worked two hours, you will be paid for two hours of work. If you are sent home after having worked two hours, you will be paid for the time that you actually worked.

**Closure Prior to Starting Time**

If you report to work and find that, due to severe weather conditions, the Club is unexpectedly closed for business, you will be paid for two (2) hours of work for that day only.

**Excessive Absenteeism or Lateness**

In general, four unplanned absences in a 90-day period, or a consistent pattern of absence, will be considered excessive, and the reasons for the absences may come under question. Tardiness or leaving early is as detrimental to the Club as an absence. Four such incidents in a 90-day period will be considered a "tardiness pattern" and will carry the same weight as an absence. Other factors, like the degree of lateness, may be considered. Be aware that excessive absenteeism, lateness or leaving early may lead to disciplinary action, including possible dismissal.

**Meal Periods**

Staff meals are provided off-the-clock each day from 11:00-11:30 and 5:30-6:00 for regular employees, although meal times may vary if scheduled Club functions interfere. Non-exempt employees who begin their shift following the meal should clock in after eating; non-exempt employees whose shift surrounds the meal should clock out for ½ hour. You are requested not to perform any work during your regularly scheduled meal period, unless specifically requested to do so by your manager; in that event, your break will be rescheduled.

If you do not plan to be here for the staff meal, please let your manager and the chef know. You may leave the premises during your meal period, however, you must clock out. It is important to return to work on time at the end of your meal break.

29

**Record of Absence or Lateness**

If you are absent because of illness for three (3) or more successive days, your manager may request that you submit written documentation from your doctor. If you are absent five (5) or more days because of illness, you may be required to provide written documentation from a doctor that you are able to resume normal work duties before you will be allowed to return to work. You will be responsible for any charges made by your doctor for this documentation.

The Controller will make a note of any absence or lateness, and the reason, in your personnel file. Your attendance record will be considered when evaluating requests for promotions, transfers, leaves of absence, and approved time off, as well as scheduling layoffs, etc.

**Working Hours for all Employees**

The Club is usually open for preparation and service from 8:00 A.M. until 11:00 P.M Monday through Thursday, until 1:00 A.M. on Friday and from 3:00 P.M. until 1:00 A.M. on Saturday. However, as long as Members are enjoying the Club with responsible behavior, they may be served later. We will not make a "last call" while Members remain unless requested to do so by the host of the party or required by law. At this time, the Club is not normally open for breakfast, for business on Saturday during the day, on Sunday (except Mother's Day) and on certain holidays. We reserve the right to accept private party reservations for those times and days, to transact other Club business that will require employee participation at other times or to change Club hours.

Your workweek may consist of hours worked in any of those days for both exempt and non-exempt positions. Your schedule will be arranged by your manager. You will be notified promptly whenever a change is necessary. If you have any questions concerning your work schedule, please ask your manager.

**Working Hours for Exempt Employees**

Exempt employees are not required to keep day-to-day records of their time at work, but are expected to be on the job according to their individual agreements with their managers. Work hours may vary from time to time and from position to position as Club business demands, and no guarantee is made of a set schedule. You must let the office know whenever you will be absent from the Club during your usual hours or whenever you will arrive later than expected by your manager. You are expected to manage your professional time so that

- you do your job satisfactorily
- you complete your work in a timely manner and meet deadlines
- you are available and prepared for cooperative tasks and meetings
- your co-workers can rely on your availability
- you are available to Members as needed
- you are available to respond to last-minute changes in your department
- your co-workers and managers know when to expect you

30

# The Benefits Package

In addition to receiving an equitable salary and having an equal opportunity for professional development and advancement, you may be eligible to enjoy other benefits, which will enhance your job satisfaction. We know that you will agree that the benefits program described in this Manual represents a very large investment by the Club, and we trust that you will avoid abusing any of the program's benefits. The Club will periodically review the benefits program and will make modifications as appropriate to the company's condition.

You may not have thought about it, but the value of your benefits amounts to a considerable sum each year in addition to the wages or salary you earn. These are just some of the benefits the Club provides for eligible employees each year:

Birthday Leave
Christmas Bonus
Disability Insurance
Discount for Club Dining & Tickets
Education Assistance
Employee Meals
Employee Purchases (Steward Sales)
Funeral (Bereavement) Leave
Group Term Life Insurance
Health and Hospitalization Insurance
Paid Holidays
Paid Personal (and Sick) Leave
Paid Vacations
Parking Ticket Reimbursement
Personal Leave of Absence
Retirement Contributions
SIMPLE IRA Savings Program
Social Security
Unemployment Compensation Insurance
Workers' Compensation Insurance

That's a lot to think about!

31

## Eligibility for Benefits

If you are a full-time employee who has completed your introductory period or externship, you will enjoy all of the benefits described in this Manual as soon as you meet the eligibility requirements for each particular benefit. If you are a part-time employee, you will enjoy only those benefits, which are required by law to be afforded to you, provided that you meet the minimum requirements set forth by law and in the benefit plan(s).

No benefits are available to you during your introductory period or externship, except paid personal (and sick) leave as accrued or as otherwise provided by law. Temporary, contract and agency employees are not eligible for benefits.

*Note: See "Externs" and "Introductory Employees" in the "Employment" section of this Manual for further information.*

## Reinstatement of Benefits (Bridging)

In the event you leave the employment of the Club and then return to work within three (3) months of termination of your previous employment, and you terminated your previous employment with the Club in good standing, and upon completion of three (3) months of continuous employment with the Club, you may be eligible to continue your benefits at the level you enjoyed them (commensurate with your new position) at the time of your termination of previous employment with the Club.

## Taking Leave

Time off for any reason during a working day will count against your allotted leave time in full and half-day segments. If you have used all of your appropriate paid personal leave, the time will be counted against your earned vacation leave. Thereafter, unless specifically excepted, any time off will be without pay.

The Club runs better as a whole if managers have a chance to make plans to cover the workload whenever any employee takes leave. Our staff is small and specialized and often the absence of a key employee makes a big difference in the Club's ability to serve Members well. Therefore, we ask that you let your manager know in advance whenever possible if you need personal leave. If you anticipate that your illness (or a family member's) will continue or that personal business will not resolve before your next workday, please let your manager know as soon as possible. If you are scheduled for elective surgery, for instance, or anticipating the arrival of a child or have scheduled medical tests or appointments, submit a Leave Request as soon as plans are made. All Paid Leave must be accompanied by a completed Leave Request, signed by your manager.

In certain instances, advance notification is not possible--a sudden illness or a personal emergency will thwart the best-made plans. In such cases, call your manager before 10:00 on the day you are unable to work.

*Note: See "Leave Request" and "Attendance Record" in the "Forms" section of this Manual.*

# Paid Leaves of Absence

**Birthday Leave**
Regular full-time employees are given their birthdays off with pay. If, for scheduling reasons, you cannot take this day off, make a specific arrangement with your manager to take another day.

**Funeral (Bereavement) Leave**
You are entitled to take up to three consecutive workdays with pay to attend the funeral and take care of personal matters related to the death of a member of your immediate family. (A parent, spouse, spouse's parent, child, spouse's child by a former marriage who lives with you, brother, sister, grandparent, or significant other who lives with you full time.) One day of paid Funeral Leave will be granted in the case of the death of a grandparent who does not live with you, your spouse's grandparent or sibling, or any other member of your extended family living in your home. Only regular full-time employees are eligible for paid funeral leave.

With your manager's approval, you may take up to one full day without pay to attend funerals of other relatives and friends. If you prefer, accrued personal leave or vacation may be used for this purpose.

Pay for a Funeral Leave will be made for actual time lost from work. If the death occurs at a time when work is not scheduled, payment will not be made. If a holiday or part of your vacation occurs on any of the days of absence, you may not receive holiday or vacation pay in addition to paid Funeral Leave.

An excused absence for family death may not be retroactive, postponed or split.

**Holidays**
Only full-time employees are eligible for holiday pay. You are not eligible to receive holiday pay during your 90 day introductory period or externship, nor are you eligible to receive holiday pay if you are a part-time employee or a temporary employee.

> **Recognized Holidays:** The following holidays are recognized by the Club as paid holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Eve after 3:00, Christmas Day, Boxing Day before 3:00.

> If a holiday falls on a Saturday or Sunday, the previous Friday or following Monday will be observed as the holiday in accordance with Federal holiday policies. All full-time employees who have completed their introductory period or externship on or before the holiday and work the business day preceding and the day following the holiday will receive a normal day's straight pay for the holiday. When a holiday falls within an employee's vacation period, the Club, at its option, will provide either an additional day's pay or an additional day of vacation with pay. Employees who use paid Personal (and sick) Leave immediately before or after a holiday may be required to provide verification from their physician. **Non-health-related personal leave is not available immediately before or after a holiday.**

33

If you are required to work on a holiday, you will be paid according to "Work Performed on Company Holidays." The Club is normally open for business on Mother's Day and Thanksgiving Day. In addition, due to the nature of the business, you may be required to work on one or more of the recognized holidays.

**Holiday Policies:** You may take time off to observe other religious holidays. If available, vacation or personal leave may be used for this purpose, otherwise the time off is without pay. You must notify your manager at least ten business days in advance. If a holiday occurs during your scheduled vacation, you are permitted to take an extra day of vacation.

In order to qualify for holiday pay, you must work the scheduled workday immediately before and after the holiday. Only excused absences will be considered exceptions to this policy. You are not eligible to receive holiday pay when you are on a leave of absence.

## Jury Duty

It is your civic duty as a citizen to report for jury duty whenever called. If you are called for jury duty, we will permit you to take the necessary time off and we wish to help you avoid any financial loss because of such service. If you have completed your introductory period, the Club will reimburse you for the difference between your jury pay and your regular pay, not to exceed eight (8) hours per day, for a maximum of five (5) business days per calendar year. Commissioned or tipped employees will be paid the difference between jury duty pay and their holiday base pay.

All employees are allowed unpaid time off if summoned to appear in court as a witness. You must notify your manager within forty-eight (48) hours of receipt of the summons and provide us with a copy of the notice.

On any day or half-day you are not required to serve, you will be expected to return to work. In order to receive jury duty pay, you must present a statement of jury service and pay to your manager. This document is issued by the court.

## Personal (and Sick) Leave

As a full-time employee, after your introductory period is completed you are eligible to take up to ten days of paid Personal (and sick) Leave during each calendar year. This leave accrues at the rate of .83 days per month for all full time employees, regardless of length of service. This leave time is intended to be used for personal sickness, family illness or, in limited amounts, to accomplish personal business that cannot be accomplished during time other than your normal working hours. Paid Personal Leave may be used for the purpose of visiting doctors, dentists or other practitioners in their offices. This time may also be used for tending to a serious illness suffered by a member of your immediate family (a parent, spouse or child or a brother, sister, grandparent or significant other who lives with you full time) in the event the illness requires your personal time and attention. You may use your paid Personal Leave in units of no less than one half day at any one time; any absence from the Club for more than 2 hours will require the used of ½ day of accrued leave.

Up to 2 days (16 hours) of paid Personal Leave per year may be used for non-health related purposes. These days may not be used immediately before or after a paid holiday or vacation. Your manager considers workload priorities in determining whether to approve such requests, however, full consideration is given to requests for holidays of religious significance where reasonable accommodation is possible.

Whenever possible, request Personal Leave time in advance. If you cannot, you must notify your manager during the first day you are out of work and every day thereafter until you are able to return in order to receive paid leave. The Club may require written verification of illness from your physician for a Personal Leave of three days or more for yourself or more than one day for a family member, or if the Leave is immediately before or after a paid holiday, or if there is any question about your ability to perform your usual job, or at your manager's discretion.

Personal Leave is paid to non-exempt employees only for scheduled days or hours, according to the weekly schedule. No more than five Personal Leave days will be paid to any employee for any one week.

Personal Leave is pro-rated. Limited Personal Leave time may be carried over from year to year, for a maximum of eighteen months total (15 days). At the time of termination of employment for any reason, no pay will be given for unused Personal Leave.

The Club reserves the right to place you on disability leave of absence if your poor health interferes with satisfactory work performance or causes excessive absenteeism. If you are on an approved leave of absence for less than thirty (30) days, your paid Personal Leave eligibility will not be affected; should the leave extend beyond thirty calendar days, personal leave time will not continue to accrue.

In the event of an illness or injury, which is covered by Workers' Compensation insurance, this Personal Leave policy will not apply.

**Vacation**
Vacation is a time for you to rest, relax, and pursue personal interests. The Club provides paid vacation as one of the many ways in which we show our appreciation for your loyalty and continued service. You are not eligible for paid vacation if you are a part-time or temporary employee; only regular full-time employees are eligible for paid vacation. You are not eligible to take paid vacation during your introductory period, although vacation will accrue during that period.

**Amount of Vacation:** Full-time employees are eligible to accrue vacation for each calendar month of service from the date of hire, although no vacation time may be used or paid until after the introductory period is complete. The vacation accrual rate is based on your length of employment. The following schedule is based on a 40-hour average workweek for the year, the basis that is used for accrual purposes for both exempt and non-exempt employees. Full time employees who work less than 40 hours per week (but more than 30) on average for the preceding year will be paid proportionately. No accrual is made for hours over 40 in a week.

*Non-Exempt Employees*

| Years of Employment | Accrual per hour | Monthly Hours | Annual Days |
|---|---|---|---|
| Less than 5 | .0385 | 6.66 | 10 |
| 5 but less than 10 | .0577 | 10.00 | 15 |
| 10 but less than 20 | .0770 | 13.33 | 20 |
| More than 20 | .0962 | 16.66 | 25 |

*Exempt Employees*

| Years of Employment | Accrual per hour | Monthly Days | Annual Days |
|---|---|---|---|
| Less than 5 | .0385 | .84 | 10 |
| 5 but less than 10 | .0577 | 1.25 | 15 |
| 10 but less than 20 | .0770 | 1.67 | 20 |
| More than 20 | .0962 | 2.1 | 25 |

**Vacation Policies:** The Club is normally closed for the two weeks in August prior to Labor Day and work cannot be guaranteed during that time in any department. All non-office employees are encouraged to use their vacation during the time the Club is closed. Employees who wish to use their accrued vacation at another time must apply in advance and may be required to accept leave without pay during the annual closing if no work appropriate to their skills is available during that time.

For employees with more than two weeks accrued vacation, two weeks must be used during the closing unless your skills are required during that time to maintain basic office operation. Every effort will be made to grant other accrued vacation at the time you desire. However, vacations cannot interfere with the Club's operation and therefore must be approved by your manager at least one (1) month in advance. In making your plans, please remember that Club business is seasonal and that vacations may not be granted during peak months, especially between Thanksgiving and Christmas. If conflicts arise in requests for vacation time, preference will be given to the employee with the most years of employment.

At least half of your vacation time must be taken in full week increments, unless otherwise authorized. If you are eligible for four or five weeks of vacation, you may take only three (3) weeks at one time unless you receive written approval from the General Manager at least a month in advance.

Specific dates of vacation in single-day increments should be established by prior arrangement with your manager. Usually, only one employee may be out on a vacation day in a department at any one time.

If you wish to be paid for your vacation on the payday immediately preceding your vacation onset, you must indicate this on your vacation request form. Otherwise your paycheck will be issued on the regular pay date and held for your return. Employees terminating employment for any reason are entitled to payment for all accrued unused vacation.

36

If you are on an approved leave of absence for less than thirty days, your vacation eligibility will not be affected; should the Leave extend beyond thirty days, vacation Leave will not continue to accrue.

If a holiday falls during your scheduled vacation period, you will receive an additional day of vacation or holiday pay, whichever you prefer.

You may not receive advance vacation pay for time taken in excess of your vacation accrual balance.

**Vacation Accumulation Rights:** The accumulation year for vacation Leave is September 1 through August 31. Vacation Leave may not be carried over and accumulated beyond the end of the calendar year; that is, the maximum vacation an employee can accrue is 16 months, September 1 of one year through December 31 of the following year. Vacation that is not used by the end of the calendar year will be forfeited. Exceptions to this policy may be made in unusual circumstances, each case to be considered separately by management.

**Payment in Lieu of Vacation:** The purpose of a vacation is to provide you with a time to rest and relax; therefore, no additional wages or salary will be paid to you in lieu of a vacation unless advance approval in writing is granted by management.

37

# Unpaid Leaves of Absence

Occasionally, for medical, personal, or other reasons, you may need to be temporarily released from the duties of your job with the Club, but may not wish to submit your resignation. Under certain circumstances, you may be eligible for an unpaid leave of absence. There are several types of unpaid leaves, which you may be eligible for:

## Leave of Absence

In general, a leave of absence is an official authorization to be absent from work **without pay** for a specified period of time. Eligible employees may be entitled to family or medical Leaves of Absence if they are unable to come to work due to medical concerns as described under the following Medical Leave Policy, which shall be administered in accordance with applicable State and Federal laws

An employee must have completed at least one full year of full-time service with the Club without break (except regular holiday, vacation or personal leave) and have worked a minimum of 1,000 hours in the twelve months preceding the leave to be eligible for such a leave.

## Accepting Other Employment During Leave of Absence

If you accept any employment or go into business while on a leave of absence from the Club, you will be considered to have voluntarily resigned from employment with the Club as of the day on which you began your leave of absence.

## Medical Leave of Absence

The Club will grant an unpaid medical leave of absence for illness, disability or pregnancy. If you expect to be absent for more than five consecutive days due to a personal illness, disability or pregnancy, you must submit, or have someone submit for you, a written request for medical leave as far in advance of your leave date as practicable. The request should contain a statement of ill health or disability from your doctor. Pregnancy is treated, for the purposes of this policy, the same as an illness or disability. In the case of pregnancy, please inform your manager as soon as possible of the date you and your doctor anticipate that you will begin your leave.

Leave will also be granted for the birth of a child of an employee, for placement of a child for adoption or foster care or to care for a parent, child or spouse with a serious health condition. Such leaves must be requested at least two weeks in advance. The employee should make a reasonable effort to schedule care in a manner that does not unduly disrupt Club operations.

An approved medical leave may be granted for up to twelve weeks in a twelve-month period and no more than sixteen weeks in a twenty-four month period.

After your leave, we will make every effort to allow you to return to your former work, or similar work if available, for which you may be qualified, subject to the Club's need to fill vacancies and its ability to find qualified temporary replacements. Employees who must remain away from work for more than the period of time allowed above will be considered terminated from employment. They are welcome to re-apply subject to the Club's usual hiring policies.

38

Upon return to work from a medical Leave, you must provide the Club with a statement from your physician. The statement must give approval that renewed full-time employment in the position available will not jeopardize your health or the safety of others. Should your attendance or job performance suffer during the period preceding and/or following a disability leave, we will accommodate you to the extent provided by law. We are under no obligation to reduce or alter your work load, or to assign fewer than the usual hours of work.

*Note: See "Disability Insurance" under "Insurance Coverage" later on in this section for further information.*

All Club benefits that operate on an accrual basis will accrue for the first 30 days of leave only. You will be required to use all accrued, unused paid vacation and personal (and sick) leave during the leave period. Once such benefits are exhausted, the balance of the leave will be without pay. All group health insurance, dental coverage, life insurance and long-term disability will continue during the medical leave under the same policies as for other employees in accordance with the terms of each benefits plan.

Should you seek a leave of absence for reasons other than described above, we will evaluate such a request based on particular circumstances present at that time, including but not limited to your current and anticipated work responsibilities, performance, Club needs, etc. The Club reserves the right to refuse such a request at its sole discretion. For Leaves granted for reasons other than health, you may be required to pay the full premiums for all insurance coverage. Arrangements for payment must be made by the last day of the first month of leave.

**Election Day**
We encourage you to exercise your voting privileges in local, state, and national elections. However, since the polls are open for long periods, you are encouraged to vote before or after regular working hours. If it should be necessary, you may take up to two hours leave from work to vote in a governmental election or referendum. You will be expected to notify your manager at least one week in advance. Otherwise, you will not be paid for such time. Personal leave time, if available, may be used for this purpose.

**Military Leave of Absence**
If you are a full-time employee and are inducted into the U.S. Armed Forces, you will be eligible for re-employment after completing military service, provided:

1. You have been a full-time employee with more than 1000 hours of service for the twelve months prior to your induction.

2. You show your orders to your manager as soon as you receive them.

3. You satisfactorily complete your active duty service.

4. You enter the military service directly from your employment with the Club.

39

5.  You apply for and are available for re-employment within ninety (90) days after discharge from active duty. If you are returning from up to 6 months active duty for training, you must apply within thirty days after discharge.

Employees who serve in U. S. military organizations or state militia groups may take the necessary time off without pay to fulfill this obligation, and will retain all of their legal rights for continued employment under existing laws. These employees may apply accrued personal leave and unused earned vacation time to the leave if they wish; however, they are not obliged to do so.  You are expected to notify your manager as soon as you are aware of the dates you will be on duty so that arrangements can be made for replacement during this absence.

**Personal Leave of Absence**
In very special circumstances, the Club may grant a leave for a personal reason, but never for taking employment elsewhere or going into business for yourself. You should request an unpaid personal leave of absence from your manager. A personal leave of absence must not interfere with the operations of your department or the Club. The general manager will submit your request to the appropriate member of management for final approval.

A personal leave of absence may be granted for up to thirty (30) days. If your leave is extended for more than thirty (30) days, vacation and other benefits will no longer continue to accrue. Consult your group insurance booklet to determine your insurance coverage during a leave of absence. Failure to return from a leave at the time agreed will result in termination of employment.

**Insurance Premium Payment During Leave of Absence**
The Club will continue to pay our share of insurance premiums for employee coverage and dependent coverage for a maximum of three (3) months while you are on a medical leave of absence. While you are on any other type of unpaid leave of absence, you will be responsible for paying the total premiums for your coverage and that of your dependents after 30 days of leave. Failure to do so may result in loss of coverage and possible refusal by the insurance carrier to allow your coverage to be reinstated.

40

# Insurance Coverage

## Group Insurance

Because the Club is interested in the health and well-being of both you and your family, a comprehensive health and life insurance program underwritten by national insurance carriers is available for you and your family. After completion of your introductory period or externship, you become eligible for coverage and may choose to accept the insurance coverage.

The following coverage is provided, as defined and limited in the literature provided by our insurance companies:

* Accidental Death & Dismemberment Insurance

* Health & Hospitalization Insurance, including coverage for dependents

* Life Insurance

* Long-term Disability Insurance

Our insurance companies provide booklets describing your benefits; copies will be given to you when you join each program.

## Accidental Death & Dismemberment

The Club provides Accidental Death & Dismemberment insurance at no charge to employees. This insurance pays a lump sum to the employee (or his/her beneficiary) in the event of accidental loss of eyes, feet or hands or of death.

## Health & Hospitalization Insurance

You are eligible for Health & Hospitalization Insurance on the first day of the first month following the end of your introductory period. You pay less than $20 per week through payroll deduction for medical coverage for yourself. If you wish to insure your family, you pay approximately 50% of the additional premiums through payroll deduction for coverage of your eligible dependents. The balance is paid by the Club.

In the event of your termination of employment or loss of eligibility to remain covered under our group health insurance program, you and your eligible dependents may have the right to continued coverage under our health insurance program for a up to eighteen months at your or their own expense under a Federal Government program referred to as COBRA. (This does not affect the conversion privilege as stated in the insurance policy.)  Consult the Controller for details.

## Life Insurance

If you are a regular full-time employee of the Club with longer than 6 months service, you are covered by our Group Life Insurance for 150% of your base annual salary, with the premium fully paid by the Club. This insurance is payable in the event of your death from any cause, at any time or place, while you are an employee of the Club. Payment will be made directly to your designated beneficiary. You may change your beneficiary whenever you wish by submitting the appropriate documents to the Controller. Refer to the literature provided by our insurance company for details on your life insurance coverage.

## Long-term Disability Insurance

If you are a regular full-time employee of the Club who has completed 6 months of service, you are protected through a Long-term Disability Insurance policy from financial hardship if you are totally disabled because of illness or accident that is not job-related. This coverage includes hospital and medical, surgical, laboratory and x-ray, major medical as defined in the literature provided by the insurance company. Long-term Disability under this coverage does not begin for three months after the onset of the disability. All premiums for this insurance are fully paid by the Club.

Total disability means that you cannot perform any position that the Club has available, that you are qualified for and normally able to perform. (Workers' Compensation benefits protect you if you are involved in a job-related sickness or accident.)

## Termination of Insurance

Your insurance will terminate when the insurance policy terminates, when you fail to make an agreed contribution to premium when due, when you cease to be eligible for coverage under the terms of our group insurance program, or when you cease to be employed as a regular full-time employee eligible for the insurance. The Club may at its sole discretion, by continuing to pay the premium, keeping your insurance in effect for a brief period if you cease to be an eligible employee for any reason other than resignation, dismissal, or failure to meet the terms of eligibility of our group insurance program.

42

# Government Required Coverage

**Workers' Compensation**

The Workers' Compensation Law is a no-fault insurance plan which is supervised by the state and 100% paid for by the Club. Under the provisions of the law, if you are injured while at work, you are eligible to apply for Workers' Compensation. Workers' Compensation guarantees prompt, automatic benefits to workers injured on the job. If you are unable to work because of a job injury, Workers' Compensation Insurance takes care of your medical expenses and pays you money to live on until you're able to come back to work.

Every regular full and part-time Club employee is covered from the first day on the job; any injury is covered if it is caused by your job.

The law guarantees you three kinds of workers' compensation benefits: Medical care to take care of the injury, rehabilitation services necessary to return to work and payment of lost wages.

All injuries on-the-job, no matter how slight, must be reported immediately to your manager to assure consideration under Workers' Compensation Insurance. Failure to report injuries immediately could result in loss of benefits.

By law, a form called "Employer's First Report of Injury" must be filed within a limited time with the DC government and our insurance company. The blank forms are kept at the receptionist's desk. Managers must fill out a form for each employee injury, no matter how slight, by the end of the shift in which the injury occurred. Completed reports must be submitted to the General Manager no later than 10:00 on the day following the incident.

Employees returning to work after being absent due to an injury must report to their manager prior to beginning work, and must bring a doctor's clearance for returning to duty.

If you are disabled for a year or more, you may be eligible for additional benefits from Social Security. For information contact the nearest office of the Social Security Administration.

*Note: See "Employer's First Report of Injury" and "Employee's Notice of Accidental Injury" in the "Forms" section of this Manual.*

**Unemployment Compensation**

The Club pays a percentage of its payroll to both District of Columbia and Federal Unemployment Compensation Funds according to the Club's employment history. If you become unemployed, you may be eligible for unemployment compensation, under certain conditions, for a limited period of time. Unemployment compensation provides temporary income for workers who have lost their jobs. To be eligible you must have earned a certain amount and be willing and able to work. You should apply for benefits through your local State Unemployment Office as soon as possible. The Club pays the entire cost of this insurance.

**Social Security**

The U. S. Government operates a system of contributory insurance known as Social Security. As a wage earner, you are required by law to contribute a set amount of your weekly wages to the trust fund from which benefits are paid. As your employer, the Club is required to deduct this amount from each paycheck you receive. In addition, the Club matches your contribution dollar for dollar, thereby paying one-half of the cost of your Social Security benefits.

# SIMPLE IRA Savings Program & Retirement Contribution

Permanent full-time employees who have been with the Club for two years or more are eligible to participate in the Club's SIMPLE IRA savings program, a vehicle for personal retirement savings. Through this special program, employees may save for their retirement by setting aside up to $6,000 from their wages and tips annually, tax deferred. In addition, the Board of Directors may, in any given year, contribute a deferred compensation award of 2% of each eligible employee's base pay, also tax deferred. The money is invested in a personal account in any of a number of mutual stock or bond funds in the program family of funds, as selected by each employee individually. Once the money is deposited, it is entirely within the employee's control to switch between funds within the portfolio. Because this is a retirement program, there is a penalty for early withdrawal (before age 59 ½) except for specific educational or medical reasons.

### Eligibility

Employees are eligible to participate in the SIMPLE IRA program on January 1 or July 1 following two years of full time employment (at least 30 hours a week or 1500 hours per year).

### Personal Savings Program

Eligible employees may set aside up to $6,000 from their wages per year, tax deferred. Employees may choose either a set amount per week or a total amount for the year, which will be set aside in weekly increments. The elected savings amount will be deducted from the employee's weekly pay before taxes and invested monthly per the employee's instructions. Participation is optional. All savings must come from wages earned at the Club. Employees may enroll within 30 days of their eligibility (during the months of July and January each year), and may change their savings commitment after enrollment during the same months. In special cases, an employee may decrease or discontinue savings by giving the Controller written notice 2 weeks in advance of the desired change.

### Club Contribution for Retirement

The Board of Directors may, at its sole discretion, grant a deferred compensation award of 2% of each eligible employee's base pay, deposited directly into the employee's SIMPLE IRA account. This award is not guaranteed, and may depend on the Club's profitability on an annual fiscal year basis. Commissions or bonuses are not included in eligible base earnings; however, for tipped employees, tips that have been paid through payroll will be included in the calculation.

Eligible employees who are on the payroll on the last day of the fiscal year will receive an award if one is granted. No partial award will be given to employees who are not employed on the last day of the fiscal year. If you leave employment with the Club for any reason for longer than 3 months, you must begin your eligibility process again.

*Note: This is a summary of the Club Profit Sharing Plan; the complete details of the Plan will be given to you when you become eligible.*

# Other Benefits

**Christmas Bonus**
It has been a practice of the Directors to distribute an annual Christmas bonus of donations from Members. The contributions from Members vary from year to year and the fund is in no way assured. Individual shares are determined on the basis of performance, salary and length of service. While this is not a "policy" which applies to all, and is not guaranteed or automatic, we will continue this practice so long as possible.

**Discounts for Club Dining and Tickets**
Upon advance approval from the General Manager, employees of the Club and their guests may dine at the Club on a very limited basis. Each request will be considered individually. For all approved dining, food and beverage charges will be discounted 1/3 from the then-current price, with the charges due and payable to the Controller on the business day following the event. Only the General Manager or President may authorize further discounts or complimentary meals.

From time-to-time, unsold tickets to theatrical or performance events may be available. Employees may purchase the tickets at 50% of face value three days before the performance date. Tickets not claimed or purchased two days before the performance will be offered gratis to Members or candidates. Any tickets remaining on the day of the performance will be offered to employees without charge.

No other items will be discounted. Flowers, equipment, or any other goods or services ordered through the Club for employee use will be charged the usual and customary rates, including mark-up.

*Note: See also Employee Purchases (Steward Sales) in this section.*

**Education/Training (Attending Seminars and/or Training Sessions)**
From time to time, the Club may arrange to have both formal and informal training programs to enable you to progress in your knowledge of our business. You will receive a normal paycheck while attending these workshops. All or a portion of the expenses for off-premises training will be paid for by the Club depending on the nature of the course.

If you become aware of a particular seminar that you believe is appropriate for enhancing your skills (and/or those of other employees), please bring it to the attention of your manager. Since these seminars are usually offered only at specified times in a geographical area, please be sure to notify your manager as far in advance as possible. This way, he or she can attempt to schedule workloads to accommodate your (and/or other employees') desire to attend the seminar.

To encourage employee self-development, the Club will consider repayment of tuition for approved outside educational courses related to an employee's job here, including English or basic literacy courses for non-English speaking employees. Each request for educational reimbursement will be considered individually, taking into account length of employment, the importance of the subject to the job, the cost and the employee's performance in the class.

46

## Employee Purchases (Steward Sales)

Any employee, who has completed the introductory period may be allowed to purchase certain items of food, non-alcoholic beverages and supplies from Club inventory for their personal use, as set forth below. No alcoholic beverages may be purchased to be removed from the property, as such sales might compromise our liquor license. All purchase requests must be made by using the authorization form and approved by the General Manager. You must have a purchase request signed by the GM, the controller and the department head for all items before leaving the building. Merchandise must be paid in full, including applicable taxes, and checked out by someone other than yourself. Items are not returnable or exchangeable, nor may they be used for resale or in conjunction with another job you have or for your self-employment.

The employee who provides the sale items and the employee who requests them are both responsible to assure that the authorization, documentation and payment are complete, and both are subject to disciplinary action if the proper steps are not taken.

*Note: See "Employee Purchase Request" in the "Forms" section of this Manual for further information.*

## Meals

When the Club is open, as a convenience to both staff and management, we provide lunch and dinner for employees who are working at times that surround the meal periods. The menu varies from day-to-day, but is always the chef's choice. If you do not care for or cannot eat the menu of the day, the chef may, at his or her sole discretion, prepare an alternative meal. You may, of course, either bring you own food for consumption or go out to eat--please let the chef know if you will not be eating here. Further, any sodas "off the gun" are available to staff at any time.

## Parking for Employees

Parking in Georgetown is very restricted: spaces are both difficult to find and expensive once you find them. The Club urges employees to consider carefully to consider whether driving to work is their best choice of transportation and to consider other options. The Club does not provide parking for employees except by specific agreement. The spaces we lease for Members' cars in our care are for valet use only and should not be used by staff at any time.

The Club will reimburse employees for up to $15 of any parking ticket that is issued to an employee vehicle during working hours when the ticket is for <u>overtime in the 2-hour residential parking zone</u> that surrounds the Club. No reimbursement will be made for any other parking violations. If you receive a ticket, make a copy of it, print your name on the copy and give it to the controller , who will make once-a-month reimbursements. You are responsible to pay the ticket yourself.

47

# Other Policies

### Accident & Incident Reporting

Each employee is responsible to report to the general manager any accident or incident involving injury to any person, offence to an employee, member or guest, damage to company, employee or member property, conflict with neighbors or possible legal action. Employees are also required to make a record of their reports on the Incident Report Form. Each report should be made by the end of the work shift in which the incident occurred. If the employee who witnessed the incident or who was involved is unable to make the report, that employee's manager is responsible.

*Note:* See "Incident Report" and "Parking/Valet Accident Report" in the "Forms" section of this Manual.

### Bulletin Boards

The bulletin boards or spaces in the postage room and lower level hallway are our "official" way of keeping everyone informed about new policies, changes in procedures and special events. Information of general interest may be posted there. Please form the habit of reading the information. Only authorized personnel are permitted to post, remove or alter any notices. If you want to have notices posted on the wall, see your manager for instructions.

### Club Meetings

On occasion, we may request that you attend a Club-sponsored meeting. Your attendance is required. Non-exempt employees will be paid a minimum of two hours for such meetings if they are held during non-working hours, plus one hour travel time. If you are qualified for overtime pay by virtue of working more than forty hours that same work week, then you will receive your overtime rate.

### Conversion Privileges

At your exit interview or upon dismissal, you will learn how you can continue your insurance coverage and any other benefits you currently enjoy as an employee.

### Department Meetings

From time to time, your manager will schedule department meetings before, during, or after work. It's to your advantage to be at these meetings. They give you and your fellow workers a chance to receive information on Club events, to review problems and possible solutions, and to make suggestions about your department or your job. If your attendance at Department Meetings is mandatory, you will be informed in writing and will be paid as described in the earlier "*Club Meetings*" section. Failure to attend may involve a penalty.

*Note:* See "Club Meetings" earlier in this section for further information.

**Dress Code/Personal Appearance**

Any member of the office staff who expects to go into any of the Members' rooms in the Club, or to have contact with any Member, guest or supplier at any time during the business day should be dressed to the same standard that we expect of the Members: coat and tie for the gentlemen, appropriate business or social attire for women. Uniformed staff must be in their complete uniform as described in their department documents at all times. A neat, tasteful appearance contributes to the positive impression you make on our guests, as well as bolsters your own poise and self-confidence and greatly enhances Club image.

If your manager feels your attire is out of place, you may be asked to leave your workplace until you are properly attired. You will not be paid for the time you are off the job for this purpose.

**Entering & Leaving the Premises**

All employees should enter and leave the Club through the Volta Place door unless accompanying a Member or guest.

**Entry After-Hours**

You are not allowed to enter Club property after normal working hours for any reason without the express approval of your manager or the manager on duty.

**Exit Interviews**

In instances where an employee voluntarily leaves our employ, the Club management would like to discuss your reasons for leaving and any other impressions that you may have about the Club. If you decide to leave, you will be asked to grant us the privilege of an exit interview. During the exit interview, you can express yourself freely. It is hoped that this exit interview will help us part friends, as well as provide insights into possible improvements we can make. All information will be kept strictly confidential and will in no way affect any reference information that the Club management will provide another employer about you.

*Note: See "Reference Release Waiver" in the "Forms" section of this Manual.*

**Expense Reimbursement**

You must have your manager's written authorization prior to incurring an expense on behalf of the Club. To be reimbursed for an authorized expense, you must submit the receipts approved by your manager. Expenses will be reimbursed within one month of submittal.

*Note: See "Special Purchase Request" in the "Forms" Section of this Manual.*

## Fire Procedures

Each employee must be familiar with the location of each fire extinguisher and each internal alarm pull box in the building.

In the event that you smell smoke or see a fire OF ANY SIZE:

**Get help.** Even a small fire can grow out of control and become dangerous in a matter of seconds. Ask at least one other person for help as soon as you spot a fire or smell smoke-- with more than one person, you are better equipped to do what needs to be done. Ask your helper to call the fire department, notify others, sound the alarm if necessary and proceed with evacuation while you address the fire.

**Call the fire department: Dial 911.**

**Notify Members, guest and employees in the building.** If necessary **pull the internal alarm** to alert others if the fire shows any signs of moving beyond a contained area. Remember, the Internal Alarm DOES NOT call the fire department.

**Fight the fire** with the nearest appropriate fire extinguisher. Pull the plug on the extinguisher, which will break the plastic seal, point the hose at the base of the fire and squeeze the handle. Do not re-hang the extinguisher after use, but notify the Club House Manager who will arrange for it to be recharged.

**Evacuate guests and other staff.**

**Location of Internal Alarms.**
  LOWER LEVEL:
    Hallway between rest rooms and Wine Cellar
  FIRST FLOOR:
    Living Room next to arched door
    Living Room next to thermostat
  SECOND FLOOR:
    Main Dining Room next to entry door

**Location of Fire Extinguishers**
  LOWER LEVEL:
    Hallway janitor's closet at bottom of stairs
    Wine Cellar Parlor behind small bar
    Service hallway near offices
    Employees' changing area near uniforms
    Williamsburg service area

50

FIRST FLOOR:
    Living Room on wall to lobby.
    Main stairwell outside Garden Room door
    Garden room service hallway near storage
    Office on stationery cabinet
    Back hallway near stamp machine

SECOND FLOOR:
    Gallery Room closet
    Kitchen Ansul system over stove (automatic)

## First Aid

First Aid supplies are kept in cabinets in the bar pantry, office and chef's office. Basic supplies include bandages, adhesive tape, alcohol, gauze and finger cots. If you notice that supplies need to be replenished, please inform the receptionist.

Federal law and DC Workers' Compensation Act also requires that you report any illness or injury on the job, no matter how slight. If you hurt yourself or become ill, please contact your manager for assistance. If you fail to report an injury, you may jeopardize your right to collect workers' compensation payments as well as health benefits. Laws also provide for your right to know about any health hazards, which might be present on the job. Should you have any questions or concerns, contact the Controller or your manager for more information.

*Note: See "Employer's First Report of Injury" in the "Forms" Section of this Manual, as well as "Safety Rules" later in this section.*

## "Freebies"

Employees giving "freebies" to favored Members or guests is one of the most common abuses any Club can face—we understand that it can be tempting to give favorites a "good deal." Yet, for every free or reduced-price item that a guest receives, there is another dent in the Club's ability to provide services for other Members and for staff; the fewer improvements we can afford to make; the higher the prices we will have to charge; the less likely we can afford to increase your pay; and the fewer employees we can afford to keep. This is our Club policy concerning employee free food, drink or services to Members or guests:

**Only Managers are authorized to discount or give away items to Members or guests. All discounted or no-charge items must be recorded and rung up or invoiced in the usual manner, charged to the Club promotion account. No item of food, drink or of a miscellaneous nature (for instance a theater ticket) may be given without prior approval by a manager and proper recordation. Each chit must be signed by the manager who authorized it and be accompanied by a brief explanation of the reason/purpose for the gift.**

If you become aware of a fellow employee about to give an unauthorized "freebie," drop a hint—tell him or her something like "I don't think that's a good idea." If you know of others who have discounted or given away items in the past, please discuss the matter with your manager.

*Note:  See "Request for Special Charge Consideration" in the "Forms" section of this Manual.*

## Gambling
Organized or professional gambling by employees is prohibited within the Club and both the bettors and the collectors will be immediately discharged for engaging in such activities in the Club or during work time.  Personal or casual wagers for a nominal sum ($5 maximum) between bettors only, including in-house "football pools" and similar casual pools, are permitted, provided that all activity takes place during breaks and that employees are not solicited for participation.

## Gifts
Employees may not accept or solicit a gift of any kind from a Member, guest, supplier or vendor representative.  Employees are not permitted to give gifts to guests or suppliers, except for certain promotional "premiums" imprinted with the Club logo or information.

## Health
With our constant interaction in close quarters, it is all too simple for one of us to influence the health of another, so please be considerate of your fellow employees' health as well as your own when you make health-related decisions.  If you have a contagious illness such as the flu or a cold, stay home from work until the contagious period passes even if you feel up to working.  Don't smoke.  Wash your hands after each trip to the lavatory and frequently during the day if you are handling food or food service items.  Do your part to keep the Club hazard free: clean up spills, keep your work area clean and store items safely.

## Housekeeping
Neatness and good housekeeping are signs of efficiency. You are expected to keep your work area neat and orderly at all times - it is a required safety precaution.  Please report anything that needs repairing or replacing to your manager immediately.

## Inspection of Packages
The Club reserves the right to inspect all packages or closed containers brought into or taken out of the work area.

## Job Posting
As jobs become open, employees will be notified and given the opportunity to apply for positions that they are interested in and qualified for.  To be eligible for an available position, you must meet the minimum hiring specifications for the position, be capable of performing the essential functions of the job, be an employee in good standing in terms of your overall work record and have been in your current position for a minimum of a year.

**Layoff & Recall**

In the unlikely event of a reduction in workforce, employees will be laid off based on skills and abilities as well as length of service. If the skills and abilities of two employees are equal, length of service will be the determining factor in the layoff decision.

Recall will be made by mail to your last known address or by telephone call. Failure to respond to the recall within three (3) days of notice will be considered a voluntary resignation. Laid off employees must keep the Club informed of any change in mailing address or telephone number. Employees will lose their seniority if laid off for more than three (3) months.

**Life-Threatening Illnesses**

The Club recognizes that employees with a life-threatening illness, including, but not limited to, cancer, heart disease and AIDS, may wish to continue to engage in as many of their normal pursuits as their condition allows, including work. These employees must be able to meet acceptable performance standards. Performing normal job functions must not exacerbate their condition. Medical evidence must indicate that their condition is not a threat to other workers.

Each employee's health condition is personal and confidential, and reasonable precautions will be taken to protect information regarding an employee's health condition. The General Manager will determine if a statement should be obtained from the employee's attending physician that continued presence at work will pose no threat to the employee, co-workers, or guests. The Club reserves the right to require an examination by a medical doctor appointed by the company.

The Club will make reasonable accommodation for employees with a life-threatening illness provided that any accommodations made do not require significant difficulty or expenses. The Club will also make a reasonable attempt to transfer employees with a life-threatening illness who request a transfer and are experiencing undue emotional stress.

**Liquor, Beer and Wine License and Restrictions**

The Club has a Class CX liquor license that allows us to purchase and serve alcoholic beverages according to certain laws set by the District of Columbia. Indeed, the Club's very existence is probably dependent on our liquor license—if we were to lose it, the Club would most probably close. Therefore, each employee must agree to comply with all restrictions and rules issued by the ABC Board. *Note: See "Acknowledgement of Alcohol Service Policy" in the "Forms" section of this Manual.*

Alcoholic beverages are specifically excluded from the Employee Purchases program.

No employee is to serve alcohol to a person who is under 21 years of age or allow a minor to consume alcohol at the Club. No employee is to serve alcohol to a person who is, to the best of the employee's knowledge, intoxicated. Each employee will attempt, to the best of his or her ability, to prevent an intoxicated person from operating a motor vehicle and to find alternative means of transportation for that person to leave the Club premises.

Further, except for tasting as described in the *Liquor, Beer and Wine Tasting and Consumption* section of this Manual, no employee may consume any alcoholic beverage on Club premises.

53

## Liquor, Beer and Wine Tasting and Consumption

We always have alcoholic beverages on the premises—we handle and serve them daily to our guests as part of our work. Because our business includes the buying and selling of wine, beer and liquor, employees who are involved in the purchasing or selling process may be asked taste such alcoholic beverages as part of their on-going education or to evaluate the beverage's suitability for sale here. Such tasting are for professional reasons, and we need to be very careful that they do not affect our ability to work, offend guests or violate the terms of our license. The following policies apply to all tasting:

- Tasting must be scheduled in advance and the General Manager must be notified.
- Total consumption by any one taster must not exceed 5 ounces of wine **or** 1 ounce liquor in any day.
- Tasters must not come into contact with Members or guests within one hour of any tasting.
- Kitchen employees may taste only when their work with hazardous tools, including knives, stoves and appliances, is finished for the day. Valets may not participate.
- Whenever possible, tasting should be scheduled at the end of the working day so that employees are free from further work responsibilities thereafter.

No employee other than the wine captain shall be required to taste or consume any alcoholic beverage as part of his or her job, but those involved in sales and purchasing shall never-the-less have the responsibility to be informed, knowledgeable and articulate about all beverages that appear in our inventory for sale.

It is not acceptable for any staff member to drink wine that has been purchased by a Member for the Member's party, neither is it acceptable for a member of the staff to accept an offered drink of beer, wine or liquor from a Member. Any wine that is left after a party is served should be corked and given to the bartender. We do not have a custom of "cooks" beer or of after-work drinks for service staff. If a manager wishes to reward his/her staff for hard work or to unwind with them after a particularly tough day, arrangements should be made with the General Manager to go elsewhere at Club expense.

Employees who attend Club social functions as part of their duties should drink only non-alcoholic beverages. If an employee is given a bottle of liquor or wine as a gift, the General Manager should be informed and the bottle removed from the premises unopened.

If it becomes evident that any employee has consumed alcohol before coming to work and is impaired by this consumption, or that any employee is consuming alcohol at work outside of these tasting guidelines, the employee is subject to immediate dismissal.

## Lost and Found

All "found" items are to be turned in to the receptionist immediately. The Club will make reasonable effort to return found items. Any items not claimed within 30 days will be discarded or donated to charity; in no case may an employee claim a found item.

## Managers

Your immediate manager is the person on the management team who is closest to you and your work. Your manager is in complete charge of the department. He or she is responsible for the efficient operation of the department. Your manager has authority to hire and dismiss, to assign work, recommend pay increases, transfers or promotions, and to maintain order and discipline.

You can expect to be treated fairly and with respect. Go to your manager for information about your job, your pay, or other matters of company policy, but please don't overburden your manager with questions that can be answered by reading this Manual or by checking bulletin boards. Do feel free to ask for clarification of regulations or responsibilities. Any problem that hinders the efficient completion of your responsibilities should be taken up with your manager.

## Open Door Policy & Counseling

Normally, you will be expected to use the procedure outlined in the *"Resolving Problems and Grievances"* section in this Manual to resolve a problem. However, if the problem or complaint is of a personal nature, or a very delicate matter, you may meet first with any member of management, including the General Manager, to discuss it. If the complaint, suggestion, or question is of such a nature that resolution would be hampered by the grievance procedure, the management person you contact will take the appropriate action. It is never appropriate to go to any Member of the Club or any Director with a grievance without involving the General Manager in the meeting.

## Outside Activities

No employee may take an outside job, either for pay or as a donation of his or her personal time, with a Member or competitor of the Club. If your financial situation requires you to hold a second job, part-time or full-time, or if you intend to engage in a business enterprise of your own, we would like to know about it.

## Payroll Advances

As a rule, the Club does not advance or lend money to employees. In the event you must borrow against your paycheck, you must first discuss your situation with your manager. If he or she feels that your request is justified, both the General Manager and the Controller must approve and an "Employee IOU" form will be provided for you to fill out and sign. The IOU will set conditions for repayment.

## Personal Phone Calls

Please keep personal phone calls and computer use, including internet, to a minimum - they must not interfere with your work. You are permitted to make limited local area calls on company telephones for essential personal business during meal or break periods only. Please do not abuse this privilege or encourage anyone to call you at work for non-business reasons. Of course, emergency calls regarding illness or injury to family members, changed family plans, or calls for similar reasons may be made at any time. Only urgent incoming calls will be put through to you during service hours--all other callers will be asked to leave their name which will be given to you when you are free from service demands.

You may not place outgoing phone calls from the Club at any time when a Member or guest is directly in your care, nor may you interrupt service to a Member or guest to take an in-coming call.

Except for Club-related business, employees may not use the phones in Member rooms. Always use the phones in the back-of-the-house.

Long distance access from Club phones is restricted. If you need to make a long distance call from the Club, you will need to use a personal calling card.

The Club computers are here for our professional use. Using them for personal projects or for personal internet use is restricted in a similar manner. On-line shopping, personal email, personal projects, reading or investment research are all inappropriate on the Club's computers.

Use of phones for personal calls and/or computers for personal reasons in excess of 10 minutes (separately or combined in a day) may be deemed excessive.

**Personal Property**
Under no circumstances are you allowed to keep personal equipment on the Club property where damage or fire could result.

If you are furnished a locker for your personal possessions, you are responsible for keeping your locker clean, sanitary, and orderly. Lockers may be inspected at any time, with or without notice, for cleanliness and you may be asked to remove your possessions so that the lockers can be sanitized. Please understand that the Club will not assume any responsibility for loss or damage to personal property of any employee.

**Personal Use of Club Property**
In some instances, employees may be allowed to borrow certain Club equipment for their own personal use while on our premises. In no instance may this be done off our premises, or without prior management approval. You must understand and agree that the Club is not liable for personal injury incurred during the use of company property for personal projects and that you have full responsibility for any and all liabilities for injuries or losses which occur, or for the malfunction of equipment. You are responsible for returning the equipment or tools in good condition, and you agree that you are required to pay for any damages that occur while using the equipment or tools for personal projects.

**Petty Cash**
A petty cash box is kept in the care of the reservationist for the purpose of making small, unexpected purchases for the Club and making change for Members. Do not plan to use petty cash for purchases larger than $20 for any item, but request a check from the controller three days in advance. Whenever cash is issued from petty cash, either a signed voucher or a receipt must be submitted--no money will be given without paperwork.

*Note: See "Special Purchase Request" in the "Forms" section of this Manual.*

**Professional Courtesy**
Courtesy to our Members, guests and fellow employees is essential to our success as a cooperative, service-based organization. It is most important that we all be conscious of the small and large courtesies that make the Club a pleasant place for us and for our guests. Every word and gesture

that you use here must convey willingness to cooperate, desire to do your best and a sincere effort to get the job done. Working on the service floor is much like being on stage: to be successful in your role you have to work with the rest of the cast, stay in character, remember your lines and convince your audience. So remember to

> Smile! Keep a pleasant look on your face, clear eye contact and a positive attitude.
> BE NICE. Take the extra time to avoid sounding or acting abrupt.
>
> Use Members' and guests last names such as Mr. Jones, Dr. Smith, Ambassador Lopez. Never call Members by their first names even if requested to do so. If you are unsure that a woman is married <u>and</u> prefers her married name, use the title "Ms," pronounced "miz."
>
> Escort Members through the Club whenever possible rather than just pointing the way.
>
> Acknowledge all Member comments and complaints. Say thank you for compliments and report all complaints to your manager so that we can follow-up quickly and appropriately.
>
> Be knowledgeable about the Club, our services and our events so that you can give informative answers to inquiries.
>
> Be keenly aware of your surroundings in each Club room. That is, keep the silver shining, the lighting comfortable, the temperature appropriate, etc.
>
> Keep a professional distance by avoiding personal conversations with Members and refraining from joining in conversations among diners.
>
> Watch your language. Use of profane or abusive language is not permitted, use of casual expressions and slang is unwise because it implies familiarity.

## Promotion Policy
Whenever a position becomes available, every effort will be made to fill it by promoting a qualified employee. Jobs will be awarded based on individual ability and past job performance, as well as length of service if two people have similar qualifications.

## Property & Equipment Care
It is your responsibility to understand the machines you need to use to perform your duties. Good care of any machine that you use during the course of your employment, as well as the conservative use of supplies, will benefit you and the Club. If you find that a machine is not working properly or in any way appears unsafe, please notify your manager immediately so that repairs or adjustments may be made. Under no circumstances should you start or operate a machine you deem unsafe, nor should you adjust or modify the safeguards provided.

## Recycling, Waste Prevention & Conservation
The Club actively recycles as many materials as possible through our regular trash collection service. Each employee in each department has the responsibility to sort and take proper care with all materials that can be effectively recycled in our jurisdiction:

**Kitchen and Service Items**: The kitchen, bar and lower level service pantry each have designated areas for kitchen and service recyclables
  *Commingled Recyclables*
    Metal: food cans, beer cans, soda cans and aluminum foil
    Glass: liquor, wine & beer bottles, rinsed food jars, broken table glass
    Plastic: rinsed food jars & containers, soda bottles, liquor bottles

  *Cardboard*: shipping cartons and packaging

**Office recycling**: Office areas are provided with containers for white paper, newspaper and for trash. When your container is full, take the contents to the main recycling container in the trash room. Please keep all "contaminants," including colored paper, magazines, glossy paper, carbon paper, newspapers, soda cans, half-eaten sandwiches, etc., out of the paper recycling containers. Metal staples and small paper clips do not need to be removed. Take glass, metal and plastic from the office to the bar recycling bins.
  *Computer Paper*: Pin Fed, Single Sheet, Green or Blue Bar, Plain White
  *White Ledger*: Bleached Bond, White Copier Paper, Envelopes, Adding Machine Tape
  *Newspapers:* (separate)

## References

The Club does not respond to oral requests for references. All requests must be in writing and on company letterhead. In the event you leave the employ of the Club we may be able to provide references to potential employers, depending upon the circumstances, your employment history, etc. However, you must first sign a "reference release" waiver, allowing us to release reference information beyond merely confirming that you worked at the Club for a specific period of time and your position.

As an employee, do not under any circumstances respond to any requests for information regarding another employee. If you receive a request for a reference, you should forward the request to the general manager for a response

## Resignation

While we hope both you and the Club will mutually benefit from your continued employment, we realize that it may become necessary for you to leave your job with the Club. If you anticipate having to resign your position with the Club, you are expected to notify your manager at least two (2) weeks in advance of the date that you must leave.

## Resolving Problems and Grievances

Our goal is to maintain a comfortable working environment for everybody. We do this in several ways:

- By treating each of you as an individual and encouraging your maximum development;
- By recognizing that each of you is essential to the success and growth of the Club; and
- By maintaining direct communications with all of our employees and ensuring that each and every one of you can speak directly and openly with our management team.

We believe that this type of communication, without interference from any outside party, is best for all concerned. Therefore, when you wish to express your problems, opinions, or suggestions, you will always find an open door and an attentive ear.

**Steps for Resolving Problems and Grievances:**  Whenever you have a problem or complaint, we expect you to speak up and communicate directly with us. You can take the following steps:

1.  First, talk to your immediate manager. Your manager is most familiar with you and your job and is, therefore, in the best position to assist you. Your manager works closely with you, and is interested in seeing that you are treated fairly and properly.

2.  If your manager cannot help you resolve the matter, you can speak to the General Manager who will give your problem or complaint prompt consideration.

3.  If the General Manager feels that the situation warrants further review, he/she will ask the President for assistance.

It is never appropriate to take a problem, grievance or complaint to a Member, including a Director.  The General Manager has the responsibility for all staff functions within the Club and must be included in all negotiations and resolution.

Remember -- it is always best to resolve problems right away. Little problems tend to turn into big problems; facts become confused; resentment and anger builds up. It is always best to get things off your chest before they get out of hand.

**Binding Arbitration:**  In the unlikely event that a problem or grievance cannot be solved internally, the Club is of the view that the public airing of disputes about employment relationships usually does not add to the reputation of the employer or the employee involved. Accordingly, the Club has a policy requiring the binding arbitration of all employment related disputes, including disputes about equal opportunity rights.

Any controversy arising from this Manual or arising from or related to employment with the Club shall be resolved by arbitration in Washington, DC. The agreement to arbitrate includes controversies based upon federal and DC equal employment opportunity laws, as well as other kinds of disputes. The Club will pay for the arbitrator or arbitrators, but will not pay the legal fees of employees.

Either the employee or the Club may initiate the arbitration process by registered or certified mail to the other party's business address or residence, giving written notice of intention to arbitrate (a Demand), stating the both the dispute and the relief sought, and naming the arbitrator appointed by the initiating party.

The arbitration shall be resolved by an arbitrator agreed upon by the parties, or by a board of three arbitrators appointed in the following manner.  Each party shall appoint one arbitrator and those two shall select a third neutral arbitrator.  The responding party shall advise the

initiating party of the name of its arbitrator within 10 days of receipt of the Demand. If the party-appointed arbitrators cannot agree on a neutral third arbitrator, or if for any other reason the appointment of the third arbitrator cannot be made within thirty days of the date of the Demand, the third arbitrator may be selected by the United States District Court for the District of Columbia under the authority of the Federal Arbitration Act.

The board of arbitrators shall determined the procedures for the administration of the arbitration.

## Return of Company Property

Any Club property issued to you, such as product samples, tools or uniforms, must be returned to the Club at the time of your dismissal or resignation, or whenever it is requested by your manager or a member of management. You are responsible to pay for any lost or damaged items. The value of any property issued and not returned may be deducted from your paycheck, and you may be required to sign a wage deduction authorization for this purpose.

## Safety Rules

Safety is everybody's business. Safety is to be given primary importance in every aspect of planning and performing all Club activities. We want to protect you against injury and illness, as well as minimize the potential loss of work time. Please report all injuries (no matter how slight) to your manager immediately, as well as anything that needs repair or is a safety hazard. Below are some general safety rules. Your manager or department head may post other safety procedures in your department or work area:

- Avoid overloading electrical outlets with too many appliances or machines.
- Use flammable items, such as cleaning fluids, with caution.
- Walk - don't run.
- Use stairs one at a time.
- Report to your manager if you or a co-worker becomes ill or is injured.
- Ask for assistance when lifting heavy objects or moving heavy furniture.
- Keep cabinet doors and file and desk drawers closed when not in use.
- Never empty a hot ashtray.
- Sit firmly and squarely in chairs that roll or tilt.
- Avoid "horseplay" or practical jokes.
- Start work on any machine only after safety procedures and requirements have been explained (and you understand them).
- Keep your work area clean and orderly, and the aisles clear.
- Watch out for the safety of fellow employees.
- Use the right tool for the job, and use it correctly.

We will continue to provide a clean, safe and healthy place to work and we will provide the best equipment possible. You are expected to work safely, to observe all safety rules and to keep the premises clean and neat. Remember that carelessly endangering yourself or others may lead to disciplinary action, including possible dismissal.

60

## Security

Maintaining the security of Club property is every employee's responsibility. Develop habits that insure security as a matter of course. For example:

- Always keep cash and valuable property properly secured. If you are aware that cash or valuables are insecurely stored, immediately inform the person responsible.

- If you observe anyone--an employee, a vendor's agent or a guest, etc.-- taking anything from the Club, let your manager know or leave a note on the manager's desk.

- Know the location of all alarms and fire extinguishers, and familiarize yourself with the proper procedure for using them, should the need arise.

- If you are the last to leave the Club, make sure that all entrances are properly locked and secured and that the alarm system is activated.

## Smoking

The Club discourages its employees from smoking. Smoking is a poor health habit that can detract from performance and is often offensive to co-workers and guests. While we cannot regulate employee conduct off the job or outside of work hours, we feel it is our responsibility to provide a workplace free of unnecessary exposure to hazardous substances, and we have therefore established our facility and business as a smoke-free workplace for employees. Employees may not smoke on Club premises or within view of guests. The designated smoking places are the alley behind the building and the walkway between buildings behind the gate. All employees are expected to abide by this policy.

Members and guests may smoke in the Club at the discretion of the Board.

## Snow Days

In the event of a heavy snowstorm, ice storm or other severe weather emergency that affects our ability to operate the Club, the President or General Manager will decide if or when to adjust our hours or days of operation and will notify employees.

If the Club is open during foul weather, please make your best effort to make it into work without risking injury to yourself or your vehicle. If you choose to stay home because of bad weather, road conditions or school closings on a day that the Club is open, time will be counted against your paid personal leave. Employees who are able to work will be paid their usual wages.

*Note: See "Closure after Starting Time" and "Closure Prior to Starting Time" in the "Attendance and Work Schedule" section of this Manual.*

## Solicitations & Distributions

Solicitation for any cause during working time and in working areas is not permitted. You are not permitted to distribute non-company literature in work areas at any time during working time. Working time is defined as the time assigned for the performance of your job and does not apply to break periods and meal times. However, employees are not permitted to sell chances, merchandise

or otherwise solicit money or contributions without management approval.

Persons not employed by the Club are prohibited from soliciting or distributing literature on company property.

### Substance Abuse

The Club is committed to providing its employees with a safe workplace and an atmosphere which allows them to protect inventory and other assets placed in their care; Club employees and Members should not be subject to any safety threats from fellow workers. You are expected to be in suitable mental and physical condition while at work, allowing you to perform your job effectively and safely.

Whenever use or abuse of any mood altering substance (such as alcohol or other drugs) interferes with a safe workplace, appropriate action must be taken. The Club has no desire to intrude into its employees' personal lives. However, both on-the-job and off-the-job involvement with any mood altering substances can have an impact on our workplace and on our ability to achieve its objectives of safety and security. Therefore, you are expected to report to work with no mood altering substances in your body. While you may make your own lifestyle choices, the Club cannot accept the risk in the workplace which substance use or abuse may create. The possession, sale or use of mood altering substances at the workplace, or coming to work under the influence of such substances shall be a violation of safe work practices and will be subject to disciplinary action, including possible dismissal.

Employees undergoing prescribed medical treatment with a controlled substance that may affect the safe performance of their duties are required to report this treatment to the general manager through their personal physician.

The Club recognizes that alcoholism and drug addiction are forms of illness that are treatable. The company shall not discriminate against employees based on the nature of their illness. No employees shall have their job security threatened by their seeking of assistance for a substance abuse problem. The same consideration for referral and treatment that is afforded to other employees having non-drug/alcohol related illnesses shall extend to them. An employee who voluntarily seeks treatment for a substance abuse problem that requires a leave of absence for treatment shall be granted such leave of absence and further shall be eligible for benefits under the specifications of the existing insurance policy.

Nothing in this policy is construed to prohibit the Club from its responsibility to maintain a safe and secure work environment for its employees or from invoking such disciplinary actions as may be deemed appropriate for actions of misconduct by virtue of their having arisen out of the use or abuse of alcohol or drugs or both.

### Suggestions

We encourage all employees to bring forward their suggestions and good ideas about how our company can be made a better place to work, our products improved, and our service to guests enhanced. When you see an opportunity for improvement, please talk it over with your immediate manager. He or she can help you bring your idea to the attention of the people in the company who

62

will be responsible for possibly implementing it.

All suggestions are valued and listened to. When a suggestion from an employee has particular merit, we provide for special recognition of the individual(s) who had the idea.

**Theft**

Internal theft can be a serious problem. Although taking small items of Club property many seem inconsequential, the cumulative effect can be very large. Losses from theft immediately affect our ability to increase salaries and can jeopardize the profitability of the company.

Property theft of any type will not be tolerated. We consider property theft to be the unauthorized use of company services or facilities or the taking of any company property for personal use. The following list of examples is not all-inclusive, but provides illustrations of several activities, which are unacceptable.

1. **Use of Club copy machines for personal use.** If you wish to use a company copier for personal use, the cost is $.05 per side.  Please pay the reservationist.

2. **Use of computers and printers.**  The Club's computers are only for business purposes unless you receive permission from your manager. Permission will be given for the use of computers during non-business hours if  employees supply their own diskettes and pay $.05 per printed page, including proofs & drafts.

3. **Taking of Club property.** No item purchased or supplied by the Club should ever be removed from company premises without express authorization of your immediate manager and the proper paper work associated with the situation. This rule applies to all company property including raw materials, tools, computers, and even pens and paper.

4. **Using Club postage meter for personal mail.**  The postage meter is primarily for Club mail.  If you use it for personal mail, full payment for postage must be made to the reservationist in cash at the time the meter is used.

5. **Consuming items that were not specifically provided** to you by the chef or sous chef or as part of the employee meal.

Unauthorized possession, use or removal of company property is a very serious offense. Employees violating this policy will be subjected to discipline up to and including possible dismissal and prosecution. The Club will consider the dollar value of the item(s) taken, the employee's seniority, and the employee's past work record in setting penalties. If you are dismissed because of unauthorized possession or removal of company property, the reason for your dismissal will be provided to any future employer that contacts the Club. Referrals to criminal authorities will be made on a case-by-case basis.

**Tips (Gratuities)**

The amount of tip (gratuity) that Members and their guests offer for service is entirely the choice of the Member.  Upon joining, each Member signs a gratuity card that authorizes the Club to add a

63

particular percent gratuity to all food and beverage (and some miscellaneous) purchases. The gratuity for a sponsored guest is the same as for the Member who provided sponsorship. For reciprocal clubs, the gratuity is part of the reciprocal agreement. All tips are added to the bill and distributed through payroll

It is inappropriate for any employee to discuss tips with a Member or guest at any time. You may never solicit cash tips for any service. The Board has ruled that "No cash tips are to be offered by members or guests, nor accepted by employees within Club premises."

If you are asked by a guest what the tipping policy is, explain simply that the gratuity has been arranged with the Member or the reciprocal club and refer any further questions to the Membership Director, General Manager or Clubhouse Manager.

### Traffic Violations
If you are authorized to operate a company vehicle in the course of your assigned work, you will be considered completely responsible for any accidents, fines or traffic violations incurred.

### Transfers
Transfer from one position to another may be required or requested from time to time. Such transfers (up, down, or laterally) will be made with a possible adjustment in pay. Transfers for more than thirty (30) days will be considered permanent transfers. In the unlikely event that you are permanently transferred for the Club's benefit to a lower position, your wage may need to be adjusted to suit the new position. If you are permanently transferred to a lower position because there is no work in your department, your wage must be reduced to suit the job to which you are transferred.

### Unexpected Closure
In the event that an emergency affecting the Clubhouse or an "Act of God" requires the President or General Manager to close the Club unexpectedly, every reasonable attempt will be made to reach you at your home to tell you how your work will be affected. Instances might include snowstorms, power failures, major equipment failure at the Club or any civil disturbance that interferes with our ability to safely open the Club.

In any such instance, the President or General Manager will decide to close the Club. He or she will notify the office staff and department managers (Clubhouse, Dining Room, Chef) who will in turn call their scheduled employees. If you have reason to believe that the Club might be closed and you have not been notified, please try to call your manager before leaving home for work.

### Uniforms
The Club provides uniforms for service, kitchen and housekeeping staff.

Service: The Club provides a tuxedo jacket, formal pants, white pleated shirt, burgundy bow tie and cummerbund, shirt studs, cuff links, table crumber and name tag. Servers provide their own black leather polished shoes and black socks, as well as a wine opener, butane lighter or matches and click-top ball point pens.

64

Kitchen: The Club provides a chef's coats, utility shirts, checked pants, white dresses, hats and aprons. The kitchen staff are to provide their own shoes and socks. Whenever you need to go into the Member's rooms, please check to be sure your uniform is fresh and clean.

Housekeeping: The Club provides work shirts and pants.

Valet: The Club provides a tuxedo jacket, formal pants, white pleated shirt, black bow tie, black cummerbund, shirt studs and cufflinks, as well as a topcoat.

Upon termination of employment, the uniforms must be returned or the cost will be deducted from your final paycheck.

## Use of Members' Vehicles

If you are required to drive Member vehicles, you must adhere to the following rules:

1. You must be a licensed driver.

2. You are responsible for paying any moving violation tickets. Also, please park appropriately - parking violations add unnecessary expense for the Club and infuriate Members.

3. You must not allow persons who are not authorized or employed by the Club to sit in, operate or ride in a Member's vehicle. Vehicles may not in any case be used for personal or club business.

4. All accidents or incidents involving a Member's vehicle must be reported immediately. If property damage or injury results from the accident, the police must be called and a report made.

5. Ignition keys must never be left in a vehicle when the vehicle is unattended. Vehicles must not be left running. If cars are temporarily standing in a "no parking" zone or where they might be ticketed, they must be moved as quickly as possible.

## Visitors

Common sense prohibits unescorted visitors in the Club. Any visitors who will be in the Member's areas of the Club must be dressed according to the same standards that are expected of Members or staff. Personal visitors are never allowed in the kitchen or in any area of the Club where they might intrude upon Members or guests. If you are expecting visitors, please let your manager know and introduce them to your manager when they arrive.

65

**Violation of Policies**

You are expected to abide by the policies in this Manual. Failure to do so will lead to appropriate disciplinary action. A written record of all policy violations is maintained in each individual's personnel file.

*A partial list of causes for possible disciplinary action ("Unacceptable Activities") is presented under "Standards of Conduct" in the "Employment" section of this Manual. This list is not to be considered all-inclusive.*

**Washrooms**

Employees who are dressed in accordance with Club dress codes may use Members' washrooms. Uniformed employees must use employee washrooms in the lower level or chef's office. As a housekeeping aid, please check to be sure that the rooms are neat and well supplied when you leave and report any deficiencies or problems.



Not Reported in F.Supp.                                                                 Page 1

Not Reported in F.Supp., 1997 WL 198115 (D.D.C.), 74 Fair Empl.Prac.Cas. (BNA) 809
**(Cite as: Not Reported in F.Supp.)**

**C**
Briefs and Other Related Documents
Phox v. Allied Capital Advisers, Inc.D.D.C.,1997.
United States District Court,District of Columbia.
Keith PHOX, Plaintiff,
v.
ALLIED CAPITAL ADVISERS, INC., et al.,
Defendants.
**Civil Action No. 96-2745 (JR).**

April 14, 1997.

Dana W. Johnson, Gartrell & Associates, Silver Spring, MD, for Plaintiff.
Sally D. Garr, Pillsbury, Madison & Sutro, L.L.P., Washington, DC, for Defendants.

*MEMORANDUM ORDER*
ROBERTSON, District Judge.
**\*1** This is an employment discrimination case brought under Title VII. Before this Court is defendants' motion to compel **arbitration** and for a stay pending **arbitration**. Defendants rely upon Section II.E of the Allied **Employee Handbook.** That section establishes a conflict resolution procedure and provides that, if a dispute is not resolved in the employee's favor as part of the conflict resolution procedure, "then the employee may submit the dispute to final and binding **arbitration....**" Defendants' Motion to Compel and to Stay Pending **Arbitration** at Exhibit A, page 8. Defendants concede that the **handbook** did not establish a **contract** for a particular term of **employment,**[FN1] but they nonetheless argue that the **arbitration** and stay they seek are compelled because the **employee handbook** established the terms of the **employment** relationship.

> FN1. The employee handbook provides " general guidance only and is not intended and does not constitute a contract of employment." *Id.* at Exhibit A, page 6.

Defendants' motion fails for at least two reasons. First, plaintiff does not appear to have knowingly and voluntarily entered into an agreement to arbitrate his statutory claims. There is no evidence that plaintiff signed the employee handbook or otherwise acknowledged that he fully understood and agreed to any of its provisions. Defendants argue that plaintiff assented to Section II.E by maintaining his job after the handbook was distributed and by following the conflict resolution procedures detailed in the handbook. Those actions do not establish voluntary and intelligent assent. *See Cole v. Burns Int'l Security Svcs.,* 105 F.3d 1465, 1479 (D.C.Cir.1996) (noting unique concerns related to mandatory arbitration of statutory claims imposed as a condition of employment). The Court notes that the employee handbook was distributed *after* plaintiff notified his immediate supervisor and the president of Allied Capital Corporation of his concerns about discrimination.

Even if the employee handbook bound the parties, the language of Section II.E is permissive, not mandatory. It provides that, at the end of the internal conflict resolution procedures, "the employee may submit the dispute to final and binding arbitration."

The defendants argue that the word "may" has " consistently been interpreted as giving the employee the choice either to arbitrate or abandon a claim." Defendant's Reply to Plaintiff's Opposition at 6. The cases on which defendants rely, however, are distinguishable. In *Austin v. Owens-Brockway Glass Container. Inc.,* 78 F.3d 875 (4th Cir.1996), a collective bargaining agreement provided that " [a]ll disputes not settled pursuant to the [internal] procedures ... may be referred to arbitration." *Id.* at 879. The court ruled that interpreting the arbitration provision of the collective bargaining agreement as permissive would "render [it] meaningless for all practical purposes." *Id.* It would add nothing to the agreement, the court

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.                                                                 Page 2

Not Reported in F.Supp., 1997 WL 198115 (D.D.C.), 74 Fair Empl.Prac.Cas. (BNA) 809
**(Cite as: Not Reported in F.Supp.)**

reasoned, if the provision was permissive because parties can always enter into binding arbitration. The difference between the language of the provision in *Austin* and the language of the employee handbook in this case is that, in *Austin,* either party could invoke the arbitration clause, whereas in this case it is the *employee* who has the option to choose arbitration. The natural reading of the provision in this case is that the employer consents to arbitration if the employee chooses to invoke it.

**\*2** *McCrea v. Doctors Copeland, Hyman & Shackman.,P.A.,* 945 F.Supp. 879 (D.Md.1996), is even more clearly distinguished on its facts. That arbitration provision was included in an employment contract in which the parties "mutually promise[d] and agree [d] that if any controversy or dispute relating to this Agreement arises between them ..., either party may petition the appropriate court of the state of Maryland for an order compelling the submission of that controversy or dispute to arbitration...." *Id.* at 881. As in *Austin,* the arbitration provision in *McCrea* would be superfluous if it were interpreted to permit, rather than require, the parties to arbitrate if any party demanded it.

Accordingly, it is this day of April, 1997

ORDERED that defendants' motion to compel arbitration and stay pending arbitration [# 4] is denied. It is

FURTHER ORDERED that the parties meet for a Rule 206 conference and present this Court with a report at the next status conference, which will be held on April 28, 1997 at 9:00 a.m.

D.D.C.,1997.
Phox v. Allied Capital Advisers, Inc.
Not Reported in F.Supp., 1997 WL 198115 (D.D.C.), 74 Fair Empl.Prac.Cas. (BNA) 809

Briefs and Other Related Documents (Back to top)

• 1:96cv02745 (Docket) (Dec. 12, 1996)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

December 12, 2006

**Via Facsimile**
202.408.6444

Amy Bess, Esquire
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
East Tower, Suite 600
Washington, DC 20005

Re:    *Salamanca v. The George Town Club;*
       *Romero v. The George Town Club*; and
       *Teferra v. The George Town Club*

Dear Mr. Bess:

I am in receipt of your demands for arbitration before the American Arbitration Association in connection with the above-referenced Plaintiffs and former employees of The George Town Club. I presume your demand for arbitration is premised on page 59 of the revised Employee Manual for The George Town Club. Please know that we do not consider the arbitration reference in the Employee Manual to constitute a binding and express agreement to arbitrate. Is it your position that the Employee Manual creates a contract between the employees and the Club?

Even if one were to construe the Employee Manual provision as a binding contract to arbitrate with Club employees, we do not believe that such construction would apply to third-parties. As you well know, Messrs. Salamanca, Romero and Teferra are no longer employees of

tlr  184313.1

THOMPSON HINE LLP
ATTORNEYS AT LAW

1920 N Street, N.W.
Washington, D.C. 20036-1600

www.ThompsonHine.com
Phone  202.331.8800
Fax  202.331.8330

# THOMPSON HINE

Amy Bess, Esquire
December 11, 2006
Page 2

the Club.  As such, we have no intention of selecting an arbitrator in spite of the Club's purported obligation to pay for arbitration costs and the arbitrator's fees.

Very truly yours,

Kip Schwartz

cc:    Samuel Romero
        Melaku Teferra
        Gilberto Salamanca

Kip.Schwartz@ThompsonHine.com   Phone 202.263.4157   Fax 202.331.8330



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
202.408.6400
202.408.6399 fax
www.sonnenschein.com

**Amy L. Bess**
202.408.6444
abess@sonnenschein.com

December 12, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

Christopher "Kip" Schwartz, Esq.
Thompson Hine LLP
1920 N Street, NW
Washington, DC 20036-1600

      Re:   Employment Claims vs. The George Town Club

Dear Kip:

      In response to your letter of earlier today in response to our notice of intent to arbitrate these claims, your clients have apparently not provided you with the full record. Your clients have agreed to arbitrate all disputes arising out of their prior employment relationship with the George Town Club, and have expressly consented to the jurisdiction of United States District Court for the District of Columbia for all purposes in connection with such arbitration. (See attached agreements.) Please note that I misspoke when I designated AAA arbitration and hereby withdraw that designation. The agreements signed by your clients provide the method for selecting arbitrators and the Club expects the parties will abide by that method.

      Accordingly, we ask that your clients act in a manner consistent with their obligations and withdraw their complaints filed in the D.C. Superior Court. The George Town Club stands ready to arbitrate their disputes. If you refuse to do so, be advised that the George Town Club will seek to compel arbitration in these matters.

      Further, please be advised that any deposition notices or subpoenas would be improper under the circumstances, including regarding Lizette Corro, so I would request that you refrain from serving any such notices or subpoenas.

               Very truly yours,

               Amy L. Bess

Enclosures

25191191\V-1

Brussels    Chicago    Kansas City    Los Angeles    New York    Phoenix    St. Louis    San Francisco
               Short Hills, N.J.    Washington, D.C.    West Palm Beach

*Samuel Romero*

### Acknowledgment of Employee Manual

I have received and read (or had read to me) the Historic George Town Club Employee Manual and agree to abide by and observe the policies and procedures described therein. I understand that this manual supersedes all previous manuals.

I understand that nothing in the Manual may be construed to be an expressed or implied contract of employment, but rather an overview of working policies and benefits, that the policies and benefits may change from time-to-time as business necessitates.

I further agree that any controversy arising out of, or related to, my employment with the Club, including but not limited to controversy concerning equal employment opportunity rights created by federal law and by the law of the District of Columbia, shall be resolved by arbitration, pursuant to the Federal Arbitration Act, and that the method of selecting arbitrators is that set forth in the Manual. I also consent to the jurisdiction of the United States District court for the District of Columbia for all purposes in connection with arbitration.

I understand that it is a condition of my employment that I read (or have read to me) this manual.

Employee Name (Printed) _Samuel Romero_

Employee Signature _Samuel Romero_    Date 10/8/97

Witness _____    Date 10/8/9

### Acknowledgment of Employee Manual

I have received and read (or had read to me) the Historic George Town Club Employee Manual and agree to abide by and observe the policies and procedures described therein. I understand that this manual supersedes all previous manuals.

· I understand that nothing in the Manual may be construed to be an expressed or implied contract of employment, but rather an overview of working policies and benefits, that the policies and benefits may change from time-to-time as business necessitates.

I further agree that any controversy arising out of, or related to, my employment with the Club, including but not limited to controversy concerning equal employment opportunity rights created by federal law and by the law of the District of Columbia, shall be resolved by arbitration, pursuant to the Federal Arbitration Act, and that the method of selecting arbitrators is that set forth in the Manual. I also consent to the jurisdiction of the United States District court for the District of Columbia for all purposes in connection with arbitration.

I understand that it is a condition of my employment that I read (or have read to me) this manual.

Employee Name (Printed)   MELAKU   TEFERRA

Employee Signature _____   Date Oct. 20/1997

Witness _____   Date Oct. 20/1997

## Acknowledgment of Employee Manual

I have received and read (or had read to me) the Historic George Town Club Employee Manual and agree to abide by and observe the policies and procedures described therein. I understand that this manual supersedes all previous manuals.

I understand that nothing in the Manual may be construed to be an expressed or implied contract of employment, but rather an overview of working policies and benefits, that the policies and benefits may change from time-to-time as business necessitates.

I further agree that any controversy arising out of, or related to, my employment with the Club, including but not limited to controversy concerning equal employment opportunity rights created by federal law and by the law of the District of Columbia, shall be resolved by arbitration, pursuant to the Federal Arbitration Act, and that the method of selecting arbitrators is that set forth in the Manual. I also consent to the jurisdiction of the United States District court for the District of Columbia for all purposes in connection with arbitration.

I understand that it is a condition of my employment that I read (or have read to me) this manual.

Employee Name (Printed) _IGINIO BALLARIN_

Employee Signature _____  Date OCT 8th 97

Witness _____  Date 10 - 8   97