UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN,<br><br>   Petitioner,<br><br>  v.<br><br>GILBERTO SALAMANCA<br><br>   Respondent. | Civil Action<br>No. 1:06cv02181 (EGS) |

**RESPONDENT'S MEMORANDUM IN OPPOSITION TO
PETITIONER'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF ITS PETITION TO COMPEL ARBITRATION**

On December 22, 2006, Petitioner filed a Petition to Compel Arbitration ("Petition") pursuant to the Section Four of the Federal Arbitration Act, 9 U.S.C. § 4. The Petition did not include any supporting case law and was not accompanied by a supporting memorandum or a proposed form of order, but took the form of an initial pleading.

Respondent timely responded to the Petition by filing an Answer and Opposition. The response addresses the Petition as an initial pleading, responds to its specific allegations and summarily asserts defenses. The response concludes with a prayer that the Petition be dismissed or alternatively that the matter "be set for briefing upon an expedited schedule and, if necessary, for trial in accordance with the provisions of Section Four of the Federal Arbitration Act (9 U.S.C. § 4)."

Neither party has so far treated the petition as a form of motion – indeed, if Petitioner deemed its Petition to be a motion, it would not need to request leave to file a Reply, see Local Rule 7(d) – and the applicable rules do not allow for the filing of a reply to a responsive pleading.

Allowing Petition file a full blown Reply Memorandum, despite its having elected to commence these proceedings by filing an initial pleading rather than as a motion and the fact that Responded has responded to the Petition in kind, would give the Petition an unfair advantage by allowing it to assert arguments that properly should have been raised in a supporting memorandum and which Respondent would have been able fully to explore in a memorandum in opposition.

Consistent with the claim for relief presented in Respondent's Answer and Opposition, should the Court decide – as Petitioner seems to imply by the instant request to file a Reply Memorandum – that briefing is necessary, Respondent respectfully submits that the proper procedure would be to set a briefing schedule so that the matter in dispute – whether there is a valid and enforceable written agreement to arbitrate – can properly and fully be addressed.

WHEREFORE, Respondent Salamanca respectfully requests Petitioner's Motion for Leave to File Reply Memorandum in Support of its Petition to Compel Arbitration be denied.

THOMPSON HINE LLP

Dated: January 12, 2007   By:   /s/ Kip Schwartz
Christopher "Kip" Schwartz (D.C. Bar #4 44650)
C. Dennis Southard IV (D.C. Bar # 448190)
1920 N Street, N.W., Suite 800
Washington, D.C. 20036
Telephone - (202) 331-8800
Facsimile – (202) 331-8330

Counsel for Respondent, Gilberto Salamanca

## **CERTIFICATE OF SERVICE**

All parties are represented by counsel to whom automatic notice of filing is sent by the Court's CM/ECF system; pursuant to Local Rule 5.4(d), such notice operates to effect service of the electronically filed document.

                                                    /s/ Kip Schwartz
                                           Christopher "Kip" Schwartz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GILBERTO SALAMANCA  )<br>)<br>Respondent.  ) | Civil Action<br>No. 1:06cv02181 (EGS) |

### ORDER

Upon consideration of Petitioner's Motion to for Leave to File Reply Memorandum in Support of its Petition to Compel Arbitration and Respondent's Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

SO ORDERED this ___ day of _____, 2007.

_____
Emmet G. Sullivan
United States District Court Judge