UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------x

THE GEORGETOWN CLUB AT SUTER'S TAVERN, INC.,

                Plaintiff,

    -v-                        Case No.: 1:06-cv-02181

GILBERTO SALAMANCA,

                Defendant.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

The following counsel hereby enters his appearance in the above matter on behalf of Petitioner The Georgetown Club at Suter's Tavern, Inc.:

    John M. Remy (D.C. Bar No.461244)
    Jackson Lewis LLP
    8614 Westwood Center Drive, Suite 950
    Vienna, Virginia 22182
    703-821-2189
    Fax: 703-821-2267
    remyj@jacksonlewis.com

                                                  Respectfully submitted,

                                                  **JACKSON LEWIS LLP**

February 14, 2007                      By:    /S/ John M. Remy
                                                  John M. Remy (D.C. Bar No.461244)
                                                  8614 Westwood Center Drive, Suite 950
                                                  Vienna, Virginia 22182
                                                  703-821-2189
                                                  Fax: 703-821-2267
                                                  remyj@jacksonlewis.com
                                                  **Attorney for Plaintiff**