THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE GEORGE TOWN CLUB AT SUTER'S TAVERN, INC.**<br><br>Petitioner,<br><br>v.<br><br>**GILBERTO SALAMANCA,**<br><br>Respondent. | Civil Action No.: 1:06cv02181 (EGS) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.6(b), please note the withdrawal of Amy L. Bess as counsel for the Petitioner, The George Town Club at Suter's Tavern, Inc.

February 15, 2007

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Amy L. Bess, D.C. Bar No. 418985
abess@sonnenschein.com
1301 K Street, N.W., Suite 600 - East Tower
Washington, D.C. 20005
Telephone: 202-408-6400
Facsimile: 202-408-6399

*Attorneys for Petitioner, The George Town Club at Suter's Tavern*

_____
Melanie Blessé
General Manager, The George Town Club at Suter's Tavern, Inc.

- 2 -

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 16th day of February, 2007, I caused a copy of the foregoing Notice of Withdrawal as Counsel to be filed with the Court and served upon the following via the Court's electronic case filing system:

      Christopher "Kip" Schwartz, Esq.
      Eric Heyer, Esq.
      C. Dennis Southard, IV Esq.
      THOMPSON HINE LLP
      1920 N Street, NW Suite 800
      Washington, DC 20036
      (202) 263-4157

      _/s/ Erin M. Shoudt_
      Erin M. Shoudt