UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE GEORGE TOWN CLUB AT SUTER'S TAVERN,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GILBERTO SALAMANCA,  )<br>)<br>Respondent.  )<br>)<br>) | Civil Action No. 06-2181 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that petitioner's Petition to Compel Arbitration is **DENIED**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 5, 2007**

1