IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x

THE GEORGETOWN CLUB AT SUTER'S TAVERN, INC.,

                        Plaintiff,

          -v-                          Case No.: 1:06-cv-02181(EGS)

GILBERTO SALAMANCA,

                        Defendant.

---------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that petitioner The Georgetown Club at Suter's Tavern, Inc. appeals to the United States Court of Appeals for the District of Columbia Circuit from an order denying petitioner's motion to compel arbitration, entered in this action on April 5, 2007.

                                    Respectfully submitted,

                                      **JACKSON LEWIS LLP**

May 3, 2007                      By: /s/ John M. Remy
                                      John M. Remy (D.C. Bar No.461244)
                                      8614 Westwood Center Drive, Suite 950
                                      Vienna, Virginia 22182
                                      703-821-2189
                                      Fax: 703-821-2267
                                      remyj@jacksonlewis.com
                                      **Attorney for Petitioner**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 3, 2007, a copy of the foregoing *Notice of Appeal* was mailed, first-class mail, postage prepaid, to:

> Christopher "Kip" Schwartz
> Eric Heyer
> Thompson Hine LLP
> 1920 N Street, N.W., Suite 800
> Washington, DC  20036-1600

/s/ John M. Remy